# U.S. District Court
## Western District of Missouri (Kansas City)
## CIVIL DOCKET FOR CASE #: <u>4:23–md–03073–BCW</u>
### *Internal Use Only*

In re: T–Mobile 2022 Customer Data Security Breach Litigation
Assigned to: Chief District Judge Brian C Wimes
Demand: $75,000
related Cases: 4:23–cv–00052–BCW
    4:23–cv–00116–BCW
    4:23–cv–00421–BCW
    4:23–cv–00420–BCW
    4:23–cv–00423–BCW
    4:23–cv–00375–BCW
    4:23–cv–00377–BCW
    4:23–cv–00374–BCW
    4:23–cv–00372–BCW
    4:23–cv–00379–BCW
    4:23–cv–00371–BCW
    4:23–cv–00370–BCW
    4:23–cv–00373–BCW
    4:23–cv–00378–BCW
    4:23–cv–00380–BCW
    4:23–cv–00418–BCW
    4:23–cv–00424–BCW
    4:23–cv–00422–BCW
Cause: 28:1332 Diversity–Personal Injury

Date Filed: 06/02/2023
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Judith Lynch**
*Missouri Western; 4:23–cv–00052*

represented by **Eric D. Barton**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701–1100
Fax: (816) 531–2372
Email: <u>ebarton@wcllp.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norman Eli Siegel**
Stueve Siegel Hanson, LLP – KCMO
460 Nichols Road
Suite 200

Kansas City, MO 64112
(816) 714–7112
Fax: (816) 714–7101
Email: siegel@stuevesiegel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas P. Cartmell**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816)701–1100
Fax: (816)531–2372
Email: tcartmell@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Tyler Hudson**
Wagstaff & Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701–1177
Fax: (816) 531–2372
Email: thudson@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Frankie J. Gonzalez**
*New Jersey, 2:23–cv–00367*

represented by **James E. Cecchi**
Carella Byrne Cecchi Olstein Brody &
Agnello
5 Becker Farm Road
Ste 2nd Floor
Roseland, NJ 07068
973–994–1700
Fax: 973–994–1744
Email: jcecchi@carellabyrne.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Lisa Frierson**
*South Carolina, 4:23−cv−00438*

represented by **Blake Garrett Abbott**
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
843−614−8888
Email: blake@akimlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Paul Doolittle**
Poulin Willey Anastopoulo LLC
32 Ann Street
Charleston, SC 29403
803−222−2222
Email: paul.doolittle@poulinwilley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Plaintiff**

**Stephen S. Hart**
106096
New Castle Correctional Facility
PO Box A
New Castle, IN 47362
*California Northern, 3:23−cv−00436*

represented by **Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Tamara Ferguson**
*Washington Western, 2:23−cv−00142*

represented by **Jason T Dennett**
TOUSLEY BRAIN STEPHENS
1200 FIFTH AVE STE 1700
SEATTLE, WA 98101
206−682−5600
Fax: 206−682−2992
Email: jdennett@tousley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Kaleigh Boyd**
McNaul Ebel PLLC

600 University Street
Suite 2700
Seattle, WA 98101
206–389–9332
Email: kboyd@mcnaul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kim D Stephens**
Tousley Brain Stephens PLLC
1200 5th Avenue
Suite 1700
Seattle, WA 98101
206–682–5600
Email: kstephens@tousley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Brian Heinz**                                        represented by   **Jason T Dennett**
*Washington Western, 2:23−cv−00142*                                     (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*
                                                                        *Bar Status:*

                                                                        **Kaleigh Boyd**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*
                                                                        *Bar Status: MDL*

                                                                        **Kim D Stephens**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *PRO HAC VICE*
                                                                        *ATTORNEY TO BE NOTICED*
                                                                        *Bar Status: MDL*

                                                                        **Norman Eli Siegel**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*
                                                                        *Bar Status: Active*

**Plaintiff**

**Bryan Corkins**
*Kansas, 2:23−cv−02031*

represented by **Eric D. Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas P. Cartmell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Tyler Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Alexandria Rehman**
*Kansas, 2:23−cv−02031*

represented by **Eric D. Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas P. Cartmell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Tyler Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Patrick Thornburgh**
*Kansas, 2:23−cv−02031*

represented by **Eric D. Barton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas P. Cartmell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Tyler Hudson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Jennifer Baughman**
*California Central, 2:23−cv−00477*

represented by **Kiley Lynn Grombacher**
Bradley Grombacher LLP
31365 Oak Creek Drive Suite 240
Ste 240
Westlake Village, CA 91361
805−270−7100
Fax: 805−270−7100
Email:
kgrombacher@bradleygrombacher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Lirit Ariella King**
Bradley Grombacher LLP
31365 Oak Crest Drive Suite 240
Westlake Village, CA 91361
805−270−7100
Fax: 805−618−2939
Email: lking@bradleygrombacher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Marcus Bradley**
Bradley Grombacher LLP
31365 Oak Crest Drive Suite 240

Westlake Village, CA 91361
805–270–7100
Fax: 805–618–2939
Email: mbradley@bradleygrombacher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Sin–Ting Mary Liu**
Aylstock Witkin Kreis and Overholtz
PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
510–698–9566
Fax: 760–304–8933
Email: mliu@awkolaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Oscar Munoz**                    represented by    **Jennifer L MacPherson**
*California Central, 2:23–cv–00766*                Blood Hurst and O Reardon LLP
501 West Broadway, Suite 1490
San Diiego, CA 92101
619–338–1100
Fax: 619–338–1101
Email: jmacpherson@bholaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Kurt David Kessler**
Crosner Legal P.C.
9440 Santa Monica Blvd., Ste. 301
Beverly Hills, CA 90210
866–276–7637
Fax: 310–510–6429
Email:
*LEAD ATTORNEY*
*Bar Status: MDL*

**Ling Yue Kuang**
Audet and Partners LLP
711 Van Ness Avenue Suite 500
San Francisco, CA 94102

415−568−2555
Fax: 415−568−2556
Email: lkuang@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Paula R Brown**
Blood Hurst and O'Reardon LLP
501 West Broadway Suite 1490
San Diego, CA 92101
619−338−1100
Fax: 619−338−1101
Email: pbrown@bholaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Timothy G. Blood**
Blood Hurst & O'Reardon, LLP
501 West Broadway
Suite 1490
San Diego, CA 92101
619−338−1100
Fax: 619−338−1101
Email: tblood@bholaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Inactive*

**William M Audet**
Audet and Partners LLP
711 Van Ness Avenue
Suite 500
San Francisco, CA 94102
415−568−2555
Fax: 415−568−2556
Email: waudet@audetlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Plaintiff**

**Christine Cortazal**                          represented by **Bryan F. Aylstock**
*Florida Northern, 3:23−cv−01220*                Aylstock, Witkin, Kreis & Overholtz PLLC
                                                 17 E. Main St

Ste 200
Pensacola, FL 32502
850–202–1010
Email: baylstock@awkolaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Robin Dollson**                              represented by  **Alexis Wood**
*Washington Western, 2:23−cv−00172*                           Law Offices of Ronald Marron
651 Arroyo Drive
San Diego, CA 92103
619–696–9006
Email: alexis@consumersadvocates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
Lowey Dannenberg, P.C.
NY
44 South Broadway, Suite 1100
White Plains, NY 10601
914–733–7266
Email: afiorilla@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
LOWEY DANNENBERG PC (PA)
ONE TOWER BRIDGE
100 FRONT ST STE 520
WEST CONSHOHOCKEN, PA 19428
610–941–2760
Email: achristina@lowey.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
Lowey Dannenberg, P.C.

44 South Broadway
Suite 1100
White Plains, NY 10601
914–997–0500
Fax: 914–997–0035
Email: clevis@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
Law Offices of Ronald A. Marron
651 Arroyo Drive
San Diego, CA 92103
619–696–9006
Email: kas@consumersadvocates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Manish Borde**
600 Stewart Street
Suite 400
Seattle, WA 98101
206–531–2722
Email: mborde@bordelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
Lowey Dannenberg, P.C.
44 South Broadway, Suite 1100
White Plains, NY 10601
914–997–0500
Email: mmaclean@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
LAW OFFICES OF RONALD A
MARRON
651 ARROYO DRIVE
SAN DIEGO, CA 92103
619–696–9006
Email: ron@consumersadvocates.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Candy Howard**                                    represented by   **Alexis Wood**
*Washington Western, 2:23−cv−00172*                                 (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

                                                                    **Amanda Grace Fiorilla**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

                                                                    **Anthony M Christina**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status:*

                                                                    **Christian Levis**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

                                                                    **Ian Wise Sloss**
                                                                    Silver Golub & Teitell LLP
                                                                    One Landmark Square
                                                                    15th Floor
                                                                    Stamford, CT 06901
                                                                    203−325−4491
                                                                    Email: isloss@sgtlaw.com
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

                                                                    **Kas Gallucci**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

**Manish Borde**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Leonardo Figueroa**
*Washington Western, 2:23−cv−00172*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Manish Borde**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Stephan Clark**
*Washington Western, 2:23−cv−00103*

represented by **Barrett J. Vahle**
377 Northwest Patch Court
Lee's Summit, MO 64081
816−656−1690
Email: vahle@stuevesiegel.com
***TERMINATED: 12/13/2023***
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Cari Laufenberg**
Keller Rohrback LLP
1201 3rd Avenue
Suite 3400
Seattle, WA 98101
206–623–1900
Email: claufenberg@kellerrohrback.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**James Pizzirusso**
Hausfeld LLP
1200 17th Street, NW
Suite 600
Washington, DC 20036
202–540–7200
Fax: 202–540–7201
Email: jpizzirusso@hausfeld.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jason H. Alperstein**
2222 Ponce De Leon Blvd
Miami, FL 33134
973–994–1700
Email: jalperstein@carellabyrne.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jillian R Dent**
Stueve Siegel Hanson, LLP – KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
816–714–7142
Email: dent@stuevesiegel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Renner K. Walker**
Hausfeld LLP
33 Whitehall St.
14th Floor
New York, NY 10004
646–357–1100
Fax: 212–202–4322
Email: rwalker@hausfeld.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Steven M. Nathan**
Hausfeld
33 Whitehall Street
Ste 14th Floor
New York, NY 10004
646–357–1100
Fax: 212–202–4322
Email: snathan@hausfeld.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**John Austin Moore**
Stueve Siegel Hanson, LLP – KCMO
460 Nichols Road
Suite 200
Kansas City, MO 64112
816–714–7100
Fax: 816–714–7101
Email: moore@stuevesiegel.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Jessica Bailey**
*Washington Western, 2:23–cv–00211*

represented by **Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas Loeser**
Cotchett Pitre & McCarthy LLP
WA
1809 7th Avenue
Suite 1610
Seattle, WA 98101
206–802–1272
Fax: 206–299–4184

Email: tloeser@cpmlegal.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Martye Benjamin**
*Washington Western, 2:23−cv−00211*

represented by **Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Fernando Garcia**
*Washington Western, 2:23−cv−00211*

represented by **Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Andres Gomez**
*Washington Western, 2:23−cv−00211*

represented by **Thomas Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**LaTresa Grantham**
*Washington Western, 2:23−cv−00211*

represented by **Norman Eli Siegel**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Thomas Loeser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Mike Magbaleta**                           represented by  **Thomas Loeser**
*Washington Western, 2:23−cv−00211*                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Active*

                                                            **Norman Eli Siegel**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Active*

**Plaintiff**

**Richard Smith**                            represented by  **Ari Y Brown**
*Washington Western, 2:23−cv−00188*                         LAW OFFICE OF ARI BROWN
                                                            3909 47TH AVE S
                                                            SEATTLE, WA 98118
                                                            206−412−9320
                                                            Email: abrownesq@gmail.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status:*

                                                            **Norman Eli Siegel**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: Active*

**Plaintiff**

**David Lopez**                              represented by  **Bryan Paul Thompson**
*Illinois Northern, 1:23−cv−01263*                          Chicago Consumer Law Center, P.C.
                                                            650 Warrenville Road
                                                            Suite 100
                                                            Lisle, IL 60532
                                                            312−858−3239
                                                            Email: bryan.thompson@cclc−law.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Jerome Cascio**
*Illinois Northern, 1:23−cv−01263*

represented by **Bryan Paul Thompson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Edward Polhill**
*Georgia Northern, 1:23−cv−00489*

represented by **Candace Noelle Smith**
Herman Jones LLP
3424 Peachtree Rd NE
Suite 1650
Atlanta, GA 30326
404−504−6508
Email: csmith@hermanjones.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Connely Doize**
Herman Jones LLP
3424 Peachtree Road Northeast
Suite 1650
Atlanta, GA 30326
404−504−6506
Email: cdoize@hermanjones.com
*TERMINATED: 09/25/2023*
*LEAD ATTORNEY*
*Bar Status:*

**John C. Herman**
Herman Jones LLP
3424 Peachtree Road NE
Suite 1650
Atlanta, GA 30326
404−504−6500
Fax: 404−504−6501
Email: jherman@hermanjones.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Peter M. Jones**
Taylor English Duma LLP
1600 Parkwood Circle SE
Ste 200
Atlanta, GA 30339
678−336−7162
Email: pmjones@taylorenglish.com
*TERMINATED: 09/25/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*Bar Status: MDL*

**Plaintiff**

**Steven Vash**                                    represented by    **Candace Noelle Smith**
*Georgia Northern, 1:23−cv−00489*                                   (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

                                                                    **Connely Doize**
                                                                    (See above for address)
                                                                    *TERMINATED: 09/25/2023*
                                                                    *LEAD ATTORNEY*
                                                                    *Bar Status:*

                                                                    **John C. Herman**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: MDL*

                                                                    **Norman Eli Siegel**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*
                                                                    *Bar Status: Active*

                                                                    **Peter M. Jones**
                                                                    (See above for address)
                                                                    *TERMINATED: 09/25/2023*
                                                                    *LEAD ATTORNEY*
                                                                    *PRO HAC VICE*

*Bar Status: MDL*

**Plaintiff**

**Elizabeth Shoemaker**                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                        (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Amanda Grace Fiorilla**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Anthony M Christina**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status:*

                                                           **Christian Levis**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Ian Wise Sloss**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Kas Gallucci**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *PRO HAC VICE*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Margaret C. MacLean**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Bar Status: MDL*

                                                           **Norman Eli Siegel**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

### Plaintiff

**Andrea L. Arroyo**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

<u>**Plaintiff**</u>

**Benjamin Atwell**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Nicole Baez**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Spencer Berggren**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Antonio Bodacoloffi**                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Amanda Grace Fiorilla**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Bonnie Dawson**                          represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                        (See above for address)
                                                           *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Stacy Dutill**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Alaine Egeler**                    represented by  **Alexis Wood**
*California Southern, 3:23−cv−00427*                 (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Amanda Grace Fiorilla**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Anthony M Christina**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status:*

                                                     **Christian Levis**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Ian Wise Sloss**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Kas Gallucci**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Colleen Evola**                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                   (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Brandy Foster**                    represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                  (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Amanda Grace Fiorilla**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Anthony M Christina**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status:*

                                                      **Christian Levis**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Michael W. Gliko , IV**                    represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Amanda Grace Fiorilla**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Anthony M Christina**
                                                            (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Chanta Graham**                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                  (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Lauren Grover**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Alba P. Haro**                              represented by  **Alexis Wood**
*California Southern, 3:23−cv−00427*                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Jesus Hernandez**                          represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                          (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Sally Tami Hernandez**                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                         (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

                                                             **Amanda Grace Fiorilla**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

                                                             **Anthony M Christina**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *PRO HAC VICE*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status:*

                                                             **Christian Levis**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Bar Status: MDL*

                                                             **Ian Wise Sloss**
                                                             (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Nicole Hinds**                                   represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                                (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: MDL*

                                                                   **Amanda Grace Fiorilla**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status: MDL*

                                                                   **Anthony M Christina**
                                                                   (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   *Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Heather Hosfeld**                     represented by  **Alexis Wood**
*California Southern, 3:23−cv−00427*                     (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Amanda Grace Fiorilla**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Melissa Johnson**                     represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                      (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Bar Status:

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Keller** | represented by | **Alexis Wood** |
| *California Southern, 3:23−cv−00427* | | (See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Ken Knutson**                                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                              (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Brandon Kruse**                    represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                   (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Amanda Grace Fiorilla**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Anthony M Christina**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status:*

                                                      **Christian Levis**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Ian Wise Sloss**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Charles Layman**                    represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                    (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Amanda Grace Fiorilla**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

                                                        **Anthony M Christina**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status:*

                                                        **Christian Levis**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Johnathan Limberger**                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                         (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Amanda Grace Fiorilla**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Bar Status: MDL*

                                                            **Anthony M Christina**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Carmen V. Lopez**                   represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                   (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Bar Status: MDL*

                                                       **Amanda Grace Fiorilla**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Kirti Mandal**                                    represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                                  (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Natalia Maya**                    represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                 (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Amanda Grace Fiorilla**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Anthony M Christina**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status:*

                                                     **Christian Levis**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Ian Wise Sloss**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Kas Gallucci**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Margaret C. MacLean**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Patrick Melton**                     represented by **Alexis Wood**
*California Southern, 3:23−cv−00427*                  (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Amanda Grace Fiorilla**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Anthony M Christina**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status:*

                                                      **Christian Levis**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Ian Wise Sloss**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Bar Status: MDL*

                                                      **Kas Gallucci**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *PRO HAC VICE*
                                                      *ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Commissioner Brian Mills**                 represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                          (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

Appellate Case: 26-1430   Page: 53   Date Filed: 03/11/2026 Entry ID: 5073911   March 11 2026 53

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Tina Mitchell**                    represented by  **Alexis Wood**
*California Southern, 3:23−cv−00427*                 (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Amanda Grace Fiorilla**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Anthony M Christina**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status:*

                                                     **Christian Levis**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Francis Osorio**                                    represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                                   (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *PRO HAC VICE*
                                                                      *ATTORNEY TO BE NOTICED*
                                                                      *Bar Status: MDL*

                                                                      **Amanda Grace Fiorilla**
                                                                      (See above for address)
                                                                      *LEAD ATTORNEY*
                                                                      *ATTORNEY TO BE NOTICED*
                                                                      *Bar Status: MDL*

                                                                      **Anthony M Christina**

(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status:*

**Christian Levis**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Ian Wise Sloss**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Kas Gallucci**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Margaret C. MacLean**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Norman Eli Siegel**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Active*

**Ron Marron**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status:*

**Plaintiff**

**Jennifer Padilla**  
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Helene Gayle Pry**  
*California Southern, 3:23−cv−00427*  
<span style="color:red">*TERMINATED: 10/24/2025*</span>

represented by   **Alexis Wood**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Amanda Grace Fiorilla**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Anthony M Christina**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status:*

**Christian Levis**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Ian Wise Sloss**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Kas Gallucci**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Margaret C. MacLean**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Bar Status: MDL*

**Ron Marron**  
(See above for address)  
*LEAD ATTORNEY*  
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Greg Seth Resnick**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Jeremy Robbins**                              represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                              (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Terri Rodgers**                                           represented by  **Alexis Wood**
*California Southern, 3:23−cv−00427*                                       (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*
                                                                          *Bar Status: MDL*

                                                                          **Amanda Grace Fiorilla**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*
                                                                          *Bar Status: MDL*

                                                                          **Anthony M Christina**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *PRO HAC VICE*
                                                                          *ATTORNEY TO BE NOTICED*
                                                                          *Bar Status:*

                                                                          **Christian Levis**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*
                                                                          *Bar Status: MDL*

                                                                          **Ian Wise Sloss**
                                                                          (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Jesica Rostine**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Cindy Salcedo**
*California Southern, 3:23−cv−00427*

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Gerry Schettini**                    represented by  **Alexis Wood**
*California Southern, 3:23−cv−00427*               (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Amanda Grace Fiorilla**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Patricia Torres**                     represented by **Alexis Wood**
*California Southern, 3:23−cv−00427*                  (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Amanda Grace Fiorilla**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Anthony M Christina**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status:*

                                                     **Christian Levis**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Ian Wise Sloss**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Kas Gallucci**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Margaret C. MacLean**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Bar Status: MDL*

                                                     **Norman Eli Siegel**
                                                     (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Joseph Valdez**                         represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                       (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **Amanda Grace Fiorilla**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **Anthony M Christina**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status:*

                                                          **Christian Levis**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **Ian Wise Sloss**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **Kas Gallucci**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Gabrielle D. Vann**                            represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                              (See above for address)
*TERMINATED: 04/14/2025*                                         *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: MDL*

                                                                 **Amanda Grace Fiorilla**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: MDL*

                                                                 **Anthony M Christina**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status:*

                                                                 **Christian Levis**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: MDL*

                                                                 **Ian Wise Sloss**
                                                                 (See above for address)
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Brendan Williams**                              represented by    **Alexis Wood**
*California Southern, 3:23−cv−00427*                               (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*
                                                                  *Bar Status: MDL*

                                                                  **Amanda Grace Fiorilla**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*
                                                                  *Bar Status: MDL*

                                                                  **Anthony M Christina**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *PRO HAC VICE*
                                                                  *ATTORNEY TO BE NOTICED*
                                                                  *Bar Status:*

                                                                  **Christian Levis**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*
                                                                  *Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Isaac Wilson**                                    represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status: MDL*

                                                   **Amanda Grace Fiorilla**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status: MDL*

                                                   **Anthony M Christina**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *PRO HAC VICE*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Plaintiff**

**Joseph Burka**                         represented by   **Alexis Wood**
*California Southern, 3:23−cv−00427*                      (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*
                                                          *Bar Status: MDL*

                                                          **Amanda Grace Fiorilla**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

*Bar Status: MDL*

**Anthony M Christina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Christian Levis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Kas Gallucci**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ron Marron**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Jeff Edwards**                    represented by   **Norman Eli Siegel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Active*

**Plaintiff**

**Tera Williams**
*Missouri Western:*
*4:23−cv−00116−BCW*

represented by **Lucy McShane**
McShane & Brady, LLC.
4006 Central Street
Kansas City, MO 64111
816−888−8010
Email: lmcshane@mcshanebradylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Maureen M. Brady**
McShane & Brady, LLC
4006 Central Street
Kansas City, MO 64111
816−888−8010
Email: mbrady@mcshanebradylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Peter Ferrendino**
*MO Western; 4:23−cv−00418−BCW*
**TERMINATED: 04/14/2025**

represented by **Alexis Wood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Ian Wise Sloss**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Margaret C. MacLean**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Maureen M. Brady**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Timothy J Peter**
Faruqi & Faruqi, LLP
1617 John F. Kennedy Boulevard
Suite 1550
Philadelphia, PA 19103
215−277−5770
Fax: 215−277−5771
Email: tpeter@faruqilaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: MDL*

**Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Jacob Kilgore**                                 represented by   **Alexis Wood**
*MO Western; 4:23−cv−00418−BCW*                   (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Bar Status: MDL*

                                                  **Ian Wise Sloss**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *PRO HAC VICE*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Bar Status: MDL*

                                                  **Margaret C. MacLean**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Bar Status: MDL*

                                                  **Maureen M. Brady**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Bar Status: Active*

                                                  **Norman Eli Siegel**
                                                  (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Bar Status: Active*

**Plaintiff**

**Maria Daleo**                         represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**Ann Hicks**                           represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**Karisha Davis**                       represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**Jennifer Adelman**                    represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**Linda Cameron**                       represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**Jeanine Koger**                       represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**Jiho Kim**                            represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**E.H.**                                represented by **Norman Eli Siegel**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*
                                        *Bar Status: Active*

**Plaintiff**

**Aaron Maxwell**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Matthew Gunther**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Alison Owen**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Leroy Mellers**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Christopher Smith**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Jason Oliver**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Demetrius Morrison**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Victor Flores**  represented by  **Norman Eli Siegel**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Plaintiff**

**Tammye Cook**                          represented by   **Norman Eli Siegel**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: Active*


**Plaintiff**

**Larry Hickland**                       represented by   **Norman Eli Siegel**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: Active*


V.

**Defendant**

**T–Mobile US, Inc.**                    represented by   **Bryan Paul Thompson**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status:*

                                                         **Deborah Yoon Jones**
                                                         Alston & Bird LLP
                                                         333 South Hope Street
                                                         16th Floor
                                                         Los Angeles, CA 90071
                                                         (213)576–1000
                                                         Fax: (213) 576–1100
                                                         Email: debbie.jones@alston.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status:*

                                                         **Donald Houser**
                                                         ALSTON & BIRD LLP (GA)
                                                         ONE ATLANTIC CENTER
                                                         1201 W PEACHTREE ST
                                                         STE 4900
                                                         ATLANTA, GA 30309–3432
                                                         404–881–7000
                                                         Fax: 404–881–7777
                                                         Email: donald.houser@alston.com
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*
                                                         *Bar Status: Phv*

                                                         **Jared M Slade**
                                                         Alston & Bird LLP
                                                         2200 Ross Ave

Ste 2300
Dallas, TX 75201
214–922–3424
Email: jared.slade@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kristine M Brown**
Alston & Bird
1201 W. Peachtree Street
Atlanta, GA 30309
404–881–7584
Email: kristy.brown@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kristine McAlister Brown**
ALSTON & BIRD LLP (GA)
1201 W PEACHTREE ST
ONE ATLANTIC CTR
ATLANTA, GA 30309–3432
404–881–7584
Email: kristy.brown@alston.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Kurt Matthew Rozelsky**
Spencer Fane LLP
27 Cleveland Street
Suite 201
Greenville, SC 29601
864–695-5200
Fax: 864–695–5201
Email: krozelsky@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Lauren Jeffers Tsuji**
PERKINS COIE (SEA)
1201 3RD AVE STE 4900
SEATTLE, WA 98101–3099
206–359–3577
Email: LTsuji@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Lawrence Harris Heftman**
Schiff Hardin LLP
233 South Wacker Drive
Suite 7100
Chicago, IL 60605
(312) 258–5725
Fax: Active
Email: lawrence.heftman@afslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Lisa L. Garcia**
Alston and Bird LLP
333 South Hope Street 16th Floor
Los Angeles, CA 90071
213–576–1000
Fax: 213–576–1100
Email: lisa.garcia@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Michael W Seitz**
Spencer Fane LLP–KCMO
1000 Walnut Street
Suite 1400
Kansas City, MO 64106–2140
816–292–8277
Fax: 816–474–3216
Email: mseitz@spencerfane.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Reade William Seligmann**
Alston & Bird LLP
90 Park Avenue
12th Floor
New York, NY 10016
212–210–9453
Email: reade.seligmann@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Terance A Gonsalves**
Alston & Bird LLP
1201 West Peachtree Street NE
Suite 4900
Atlanta, GA 30309

404–881–7983
Fax: Active
Email: terance.gonsalves@alston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Defendant**

**T–Mobile USA, Inc.**                    represented by    **Deborah Yoon Jones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Donald Houser**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Jared M Slade**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kristine M Brown**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Phv*

**Kristine McAlister Brown**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Kurt Matthew Rozelsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Lauren Jeffers Tsuji**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Lawrence Harris Heftman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Lisa L. Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Michael W Seitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

**Terance A Gonsalves**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status:*

**Intervenor**

**Clark Collins**

**Intervenor**

**Rosalind Collins**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 06/02/2023 | 1 | TRANSFER ORDER from United States Judicial Panel on Multidistrict Litigation re: MDL 3073. The case is assigned to the Honorable Brian C Wimes. Signed on 6/2/2023 by Karen K Caldwell, Chair, Panel on Multi District Litigation. (Houston, Kiambu) (Entered: 06/02/2023) |
| 06/09/2023 |  | NOTICE TO ALL COUNSEL: MDL No. 23−md−3073 has been opened and assigned to Judge Brian C. Wimes. See Docket for further entries.<br><br>(Ellis, Lindsey) (Entered: 06/09/2023) |
| 06/15/2023 | 2 | CONDITIONAL TRANSFER ORDER FINALIZED (CTO−1) − 5 action(s) re: pldg. (8 in CAS/3:23−cv−00427, 7 in GAN/1:23−cv−00489, 6 in ILN/1:23−cv−01263, 61 in MDL No. 3073, 5 in WAW/2:23−cv−00188, 9 in WAW/2:23−cv−00211) Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel Tiffaney D. Pete on 6/15/2023. (Ellis, Lindsey) (Entered: 06/16/2023) |

| 08/08/2023 | 3 | PRO SE MOTION to intervene filed by Jeff Edwards. Suggestions in opposition/response due by 8/22/2023 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Crocker, Susan) (Entered: 08/11/2023) |
|---|---|---|
| 08/25/2023 | 4 | ORDER SETTING INITIAL PRETRIAL CONFERENCE AND GENERAL ORDER ON PRACTICE AND PROCEDURE<br><br>Initial Pretrial Conference set for 9/29/2023 10:00 AM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C. Wimes.<br><br>Signed on 8/25/23 by District Judge Brian C. Wimes. (Diefenbach, Tracy) (Entered: 08/25/2023) |
| 09/06/2023 | 5 | ORDERED pro se plaintiff Jeff M. Edwards' Motion to Intervene as Co–Plaintiff (Doc. #3) is GRANTED. The Court construes the motion to intervene as the Edwards' Intervenor Complaint filed under Fed. R. Civ. P. 24. The Clerk's Office is directed to re–docket the Motion as an Intervenor Complaint. Signed on 9/6/23 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) Copy of this order mailed to: Jeff M. Edwards, 1406 Duster Cv, Cedar Park, TX 78613 (Entered: 09/06/2023) |
| 09/06/2023 | 12 | Intervenor COMPLAINT Stephen S. Hart.(Houston, Kiambu) (Entered: 09/14/2023) |
| 09/11/2023 | 6 | RETURN OF SERVICE (non cmp) by Jeff M Edwards. (Kern, Kendra) (Entered: 09/12/2023) |
| 09/13/2023 | 7 | *** Filed in error – removed documents from entry *** NOTICE OF INCLUSION FOR MEDIATION AND ASSESSMENT PROGRAM (MAP). REVIEW NOTICE AND MAP GENERAL ORDER CAREFULLY FOR IMPORTANT CHANGES, DEADLINES AND REQUIREMENTS.<br><br>Notice of MAP assignment to outside neutral category I. (Attachments: # 1 MAP General Order)(Woods, Gloria) Modified on 9/13/2023 to reflect MAP Assignment completed in error and removed documents from the entry. (Woods, Gloria). (Entered: 09/13/2023) |
| 09/13/2023 | 8 | ORDER RESETTING INITIAL PRETRIAL CONFERENCE<br><br>Initial Pretrial Conference reset for 10/4/2023 01:30 PM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C. Wimes.<br><br>Signed on 9/13/23 by District Judge Brian C. Wimes. (Diefenbach, Tracy) (Entered: 09/13/2023) |
| 09/14/2023 | 9 | Motion to allow Ian Sloss to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8622351) filed by Maureen M. Brady on behalf of Peter Ferrendino. (Attachments: # 1 Schedule Schedule A–Ian Sloss)(Brady, Maureen) (Entered: 09/14/2023) |
| 09/14/2023 | 10 | Motion to allow Tim Peters to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8622376) filed by Maureen M. Brady on behalf of Peter Ferrendino. (Brady, Maureen) (Entered: 09/14/2023) |
| 09/14/2023 | 11 | ORDER granting 9 and 10 motion to appear pro hac vice entered by Clerk of Court. Attorney Ian Wise Sloss and Timothy J Peter for Peter Ferrendino allowed to appear |

| | | |
|---|---|---|
| | | pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Warren, Melissa) Modified on 9/14/2023 to reflect NEF mailed to Jeff Edwards, 1406 Duster Cv, Cedar Park, TX 78613 and Stephen S. Hart, 106096, New Castle Correctional Facility, H–!–202, 1000 Van Nuys Road New Castle, IN 47362 (Warren, Melissa). (Entered: 09/14/2023) |
| 09/14/2023 | 13 | NOTICE of appearance by Barrett J. Vahle on behalf of Stephan Clark (Attorney Barrett J. Vahle added to party Stephan Clark(pty:pla))(Vahle, Barrett) (Entered: 09/14/2023) |
| 09/18/2023 | 14 | NOTICE of filing *Joint Proposed Agenda for the Initial Pretrial Conference* by Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Jessica Bailey, Jennifer Baughman, Martye Benjamin, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Jerome Cascio, Stephan Clark, Bryan Corkins, Christine Cortazal, Bonnie Dawson, Robin Dollson, Stacy Dutill, Jeff Edwards, Alaine Egeler, Colleen Evola, Tamara Ferguson, Peter Ferrendino, Leonardo Figueroa, Brandy Foster, Lisa Frierson, Fernando Garcia, Michael W. Gliko, IV, Andres Gomez, Frankie J. Gonzalez, Chanta Graham, LaTresa Grantham, Lauren Grover, Alba P. Haro, Stephen S. Hart, Brian Heinz, Jesus Hernandez, Sally Tami Hernandez, Nicole Hinds, Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Ken Knutson, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, David Lopez, Judith Lynch, Mike Magbaleta, Kirti Mandal, Natalia Maya, Patrick Melton, Brian Mills, Tina Mitchell, Oscar Munoz, Francis Osorio, Jennifer Padilla, Edward Polhill, Helene Gayle Pry, Alexandria Rehman, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Richard Smith, Patrick Thornburgh, Patricia Torres, Joseph Valdez, Gabrielle D. Vann, Steven Vash, Brendan Williams, Tera Williams, Isaac Wilson (Siegel, Norman) (Entered: 09/18/2023) |
| 09/19/2023 | 15 | MOTION to withdraw as attorney filed by John C. Herman on behalf of Edward Polhill, Steven Vash. Suggestions in opposition/response due by 10/3/2023 unless otherwise directed by the court. (Attachments: # 1 Order)(Herman, John) (Entered: 09/19/2023) |
| 09/20/2023 | 16 | Motion to allow Jared M. Slade to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–8632432) filed by Michael W Seitz on behalf of All Defendants. (Seitz, Michael) (Entered: 09/20/2023) |
| 09/20/2023 | 17 | ORDER granting 16 motion to appear pro hac vice entered by Clerk of Court. Attorney Jared M Slade for T–Mobile US, Inc. & T–Mobile USA, Inc. allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will |

| | | |
|---|---|---|
| | | enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at <u>PACER</u>. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Lock, Tania) (Entered: 09/20/2023) |
| 09/25/2023 | 18 | Before this Court is <u>15</u> motion to withdraw as attorney by Attorney Connely Doize and Peter M. Jones. For good cause stated, the motion is granted. Attorneys Connely Doize and Peter M. Jones are hereby withdrawn from the case. Signed on 9/25/23 by District Judge Brian C. Wimes. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Diefenbach, Tracy) (Entered: 09/25/2023) |
| 09/27/2023 | <u>19</u> | MAIL RETURNED as undeliverable. Mail sent to Stephen S. Hart, 106096, New Castle Correctional Facility, H–!–202, 1000 Van Nuys Road New Castle, IN 47362. (Related document(s) 11 ) (Warren, Melissa) (Entered: 09/27/2023) |
| 10/04/2023 | 20 | Minute Entry. Proceedings held before District Judge Brian C. Wimes: INITIAL PRETRIAL CONFERENCE held on 10/4/2023. Time in court: 1:35 pm to 2:25 pm. To order a transcript of this hearing please contact Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Diefenbach, Tracy) (Entered: 10/04/2023) |
| 10/06/2023 | <u>21</u> | ORDER regarding initial pretrial conference held on October 4, 2023. Signed on 10/6/23 by District Judge Brian C. Wimes. (Diefenbach, Tracy) (Entered: 10/06/2023) |
| 10/12/2023 | <u>22</u> | NOTICE of appearance by Maureen M. Brady on behalf of Tera Williams (Attachments: # <u>1</u> Exhibit Firm resume McShane & Brady)(Brady, Maureen) (Entered: 10/12/2023) |
| 10/13/2023 | <u>23</u> | NOTICE of appearance by Ian Wise Sloss on behalf of Peter Ferrendino, Jacob Kilgore (Attorney Ian Wise Sloss added to party Jacob Kilgore(pty:pla))(Sloss, Ian) (Entered: 10/13/2023) |
| 10/13/2023 | <u>24</u> | MOTION to appoint counsel *as Interim Co–Lead Class Counsel* filed by Margaret C. MacLean on behalf of Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Bonnie Dawson, Robin Dollson, Stacy Dutill, Alaine Egeler, Colleen Evola, Peter Ferrendino, Leonardo Figueroa, Brandy Foster, Michael W. Gliko, IV, Chanta Graham, Lauren Grover, Alba P. Haro, Jesus Hernandez, Sally Tami Hernandez, Nicole Hinds, Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Ken Knutson, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, Kirti Mandal, Natalia Maya, Patrick Melton, Brian Mills, Tina Mitchell, Francis Osorio, Jennifer Padilla, Helene Gayle Pry, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Patricia Torres, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Isaac Wilson. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # <u>1</u> Exhibit Firm Resume, # <u>2</u> Certificate of Service)(Attorney Margaret C. MacLean added to party Peter Ferrendino(pty:pla), Attorney Margaret C. MacLean added to party Jacob Kilgore(pty:pla))(MacLean, Margaret) (Entered: 10/13/2023) |
| 10/13/2023 | <u>25</u> | MOTION for order re <u>21</u> Order *for Appointment of Leadership Counsel* filed by Alexis Wood on behalf of Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Bonnie Dawson, Robin Dollson, Stacy Dutill, Alaine Egeler, Colleen Evola, Peter Ferrendino, Leonardo Figueroa, Brandy Foster, Michael W. Gliko, IV, Chanta Graham, Lauren Grover, Alba P. Haro, |

| | | |
|---|---|---|
| | | Jesus Hernandez, Sally Tami Hernandez, Nicole Hinds, Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Ken Knutson, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, Kirti Mandal, Natalia Maya, Patrick Melton, Brian Mills, Tina Mitchell, Francis Osorio, Jennifer Padilla, Helene Gayle Pry, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Patricia Torres, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Isaac Wilson. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1)(Related document(s) 21 ) (Attorney Alexis Wood added to party Peter Ferrendino(pty:pla), Attorney Alexis Wood added to party Jacob Kilgore(pty:pla))(Wood, Alexis) (Entered: 10/13/2023) |
| 10/13/2023 | 26 | MOTION to appoint counsel *as Interim Co−Lead Counsel* filed by Ian Wise Sloss on behalf of Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Bonnie Dawson, Stacy Dutill, Alaine Egeler, Colleen Evola, Peter Ferrendino, Leonardo Figueroa, Brandy Foster, Michael W. Gliko, IV, Chanta Graham, Lauren Grover, Alba P. Haro, Jesus Hernandez, Sally Tami Hernandez, Nicole Hinds, Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Ken Knutson, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, Kirti Mandal, Natalia Maya, Patrick Melton, Brian Mills, Tina Mitchell, Francis Osorio, Jennifer Padilla, Helene Gayle Pry, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Patricia Torres, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Isaac Wilson. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 SGT Firm Resume)(Attorney Ian Wise Sloss added to party Leonardo Figueroa(pty:pla), Attorney Ian Wise Sloss added to party Sally Tami Hernandez(pty:pla), Attorney Ian Wise Sloss added to party Candy Howard(pty:pla))(Sloss, Ian) (Entered: 10/13/2023) |
| 10/13/2023 | 27 | MOTION to appoint counsel filed by Candace Noelle Smith on behalf of Edward Polhill, Steven Vash. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit 1 − Herman Jones LLP Resume)(Smith, Candace) (Entered: 10/13/2023) |
| 10/13/2023 | 28 | MOTION to appoint counsel *Kaleigh N. Boyd to the Plaintiffs' Executive Committee* filed by Kaleigh Boyd on behalf of Tamara Ferguson, Brian Heinz. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A)(Boyd, Kaleigh) (Entered: 10/13/2023) |
| 10/13/2023 | 29 | MOTION to appoint counsel *for the class* filed by Maureen M. Brady on behalf of Tera Williams. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit Firm Resume)(Brady, Maureen) (Entered: 10/13/2023) |
| 10/13/2023 | 30 | MOTION to appoint counsel filed by Thomas Loeser on behalf of Jessica Bailey, Martye Benjamin, Fernando Garcia, Andres Gomez, LaTresa Grantham, Mike Magbaleta. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A)(Loeser, Thomas) (Entered: 10/13/2023) |
| 10/13/2023 | 31 | MOTION to appoint counsel *Norman E. Siegel as Co−Lead Counsel and for Appointment of the "Siegel Slate"* filed by Norman Eli Siegel on behalf of Stephan Clark. Suggestions in opposition/response due by 10/27/2023 unless otherwise |

| | | |
|---|---|---|
| | | directed by the court. (Attachments: # 1 Exhibit 1)(Siegel, Norman) (Entered: 10/13/2023) |
| 10/13/2023 | 32 | MOTION to appoint counsel *James Pizzirusso as Co−Lead Counsel and for Appointment of the "Siegel Slate"* filed by James Pizzirusso on behalf of Stephan Clark. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit Exhibit A)(Pizzirusso, James) (Entered: 10/13/2023) |
| 10/13/2023 | 33 | MOTION to appoint counsel *Motion For Appointment of Cari Laufenberg As Co−Lead Counsel and in Support of The Siegel Slate* filed by Cari Laufenberg on behalf of Stephan Clark. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit A − Keller Rohrback L.L.P. Firm Resume)(Laufenberg, Cari) (Entered: 10/13/2023) |
| 10/13/2023 | 34 | MOTION to appoint counsel *James E. Cecchi as Co−Lead Counsel and for Appointment of the "Siegel Slate"* filed by James E. Cecchi on behalf of Frankie J. Gonzalez. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit − Carella Byrne Class Action Resume)(Cecchi, James) Modified on 10/25/2023 to terminate motion deadline (Crocker, Susan). (Entered: 10/13/2023) |
| 10/13/2023 | 35 | MOTION to appoint counsel *Thomas P. Cartmell as Liaison Counsel and for appointment of the "Siegel Slate"* filed by Thomas P. Cartmell on behalf of Bryan Corkins, Judith Lynch, Alexandria Rehman, Patrick Thornburgh. Suggestions in opposition/response due by 10/27/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit T. Cartmell Resume, # 2 Exhibit W&C Resume)(Cartmell, Thomas) (Entered: 10/13/2023) |
| 10/19/2023 | 36 | MOTION to appoint counsel *James E. Cecchi as Co−Lead Counsel and for Appointment of the "Siegel Slate" (CORRECTED)* filed by James E. Cecchi on behalf of Frankie J. Gonzalez. Suggestions in opposition/response due by 11/2/2023 unless otherwise directed by the court. (Attachments: # 1 Exhibit − Carella Byrne Class Action Resume)(Cecchi, James) (Entered: 10/19/2023) |
| 10/25/2023 | | NOTICE OF DOCKET MODIFICATION. A modification has been made to the document filed on 10/13/2023 as Document No. 34, Motion and Memorandum in Support of Motion for Appointment of James E. Cecchi as Co−Lead Counsel and for Appointment of the "Siegel Slate". The document has been deleted as the incorrect document was filed. Counsel has refiled the correct document at 36 . This is a text entry only − no document is attached. (Crocker, Susan) (Entered: 10/25/2023) |
| 12/12/2023 | 37 | MOTION to withdraw as attorney filed by Barrett J. Vahle on behalf of Stephan Clark. Suggestions in opposition/response due by 12/26/2023 unless otherwise directed by the court. (Vahle, Barrett) (Entered: 12/12/2023) |
| 12/13/2023 | 38 | Before this Court is 37 motion to withdraw as attorney by Barrett J. Vahle. For good cause stated, the motion is granted. Plaintiff Stephan Clark will continue to be represented by Norman E. Siegel of Stueve Siegel Hanson LLP. Signed on 12/13/23 by District Judge Brian C. Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 12/13/2023) |
| 01/08/2024 | 39 | ORDER appointing interim leadership counsel. |

| | | |
|---|---|---|
| | | Status Conference set for 3/13/2024 01:30 PM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C Wimes. Signed on 1/8/24 by District Judge Brian C Wimes. (Diefenbach, Tracy) Copy of this order emailed to JMPL Operations Supervisor. (Entered: 01/08/2024) |
| 01/10/2024 | 40 | NOTICE of appearance by Jillian R Dent on behalf of Stephan Clark (Attorney Jillian R Dent added to party Stephan Clark(pty:pla))(Dent, Jillian) (Entered: 01/10/2024) |
| 01/10/2024 | 41 | NOTICE of appearance by John Austin Moore on behalf of Stephan Clark (Attorney John Austin Moore added to party Stephan Clark(pty:pla))(Moore, John) (Entered: 01/10/2024) |
| 02/13/2024 | 42 | MOTION for extension of time *Plaintiffs' Unopposed Motion to Extend Schedule* filed by Norman Eli Siegel on behalf of Stephan Clark. Suggestions in opposition/response due by 2/27/2024 unless otherwise directed by the court. (Siegel, Norman) (Entered: 02/13/2024) |
| 02/16/2024 | 43 | ORDERED Plaintiffs' Unopposed Motion to Extend Schedule (Doc. #42) is GRANTED. Signed on 2/16/24 by District Judge Brian C Wimes. (Diefenbach, Tracy) Copy of this order mailed to the Clerk of the Judicial Panel on Multidistrict Litigation. (Entered: 02/16/2024) |
| 03/04/2024 | 44 | NOTICE of filing *Joint Proposed Agenda for March 13, 2024 Status Conference* by Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Jessica Bailey, Jennifer Baughman, Martye Benjamin, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Jerome Cascio, Stephan Clark, Bryan Corkins, Christine Cortazal, Bonnie Dawson, Robin Dollson, Stacy Dutill, Jeff Edwards, Alaine Egeler, Colleen Evola, Tamara Ferguson, Peter Ferrendino, Leonardo Figueroa, Brandy Foster, Lisa Frierson, Fernando Garcia, Michael W. Gliko, IV, Andres Gomez, Frankie J. Gonzalez, Chanta Graham, LaTresa Grantham, Lauren Grover, Alba P. Haro, Stephen S. Hart, Brian Heinz, Jesus Hernandez, Sally Tami Hernandez, Nicole Hinds, Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Ken Knutson, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, David Lopez, Judith Lynch, Mike Magbaleta, Kirti Mandal, Natalia Maya, Patrick Melton, Brian Mills, Tina Mitchell, Oscar Munoz, Francis Osorio, Jennifer Padilla, Edward Polhill, Helene Gayle Pry, Alexandria Rehman, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Richard Smith, Patrick Thornburgh, Patricia Torres, Joseph Valdez, Gabrielle D. Vann, Steven Vash, Brendan Williams, Tera Williams, Isaac Wilson (Siegel, Norman) (Entered: 03/04/2024) |
| 03/07/2024 | 45 | ORDERED that the status conference set for March 13, 2024, at the United States Courthouse in Kansas City, Missouri is RESCHEDULED FOR April 19, 2024, at 10:00 a.m. Co–Lead Interim Class Counsel, Liaison Counsel, the Executive Committee, and counsel for Defendant shall attend the status conference. The Court will provide the option for counsel to appear remotely for conference. In the event counsel would seek to appear for the status conference via Zoom, counsel should contact the Courtroom Deputy by email by no later than 5:00 p.m. CST on Monday, April 15, 2024.(Diefenbach, Tracy) (Entered: 03/07/2024) |

| 03/08/2024 | 46 | AMENDED COMPLAINT *Consolidated Consumer Class Action Complaint* against T–Mobile US, Inc., T–Mobile USA, Inc. filed by Norman Eli Siegel on behalf of Leonardo Figueroa, Joseph Valdez, Helene Gayle Pry, Frankie J. Gonzalez, Jerome Cascio, Gabrielle D. Vann, Benjamin Atwell, Jesus Hernandez, Robin Dollson, Tera Williams, Brian Heinz, Brendan Williams, Peter Ferrendino, Mike Magbaleta, Charles Layman, Andres Gomez, Joseph Burka, Nicole Baez, Jeremy Robbins, Heather Hosfeld, Alexandria Rehman, Maria Daleo, Ann Hicks, Karisha Davis, Jennifer Adelman, Linda Cameron, Jeanine Koger, Jiho Kim, E.H., Aaron Maxwell, Matthew Gunther, Alison Owen, Leroy Mellers, Christopher Smith, Jason Oliver, Demetrius Morrison, Victor Flores, Tammye Cook, Larry Hickland.(Siegel, Norman) (Entered: 03/08/2024) |
|---|---|---|
| 03/21/2024 | 47 | NOTICE of change of address by Thomas Loeser (Loeser, Thomas) (Entered: 03/21/2024) |
| 04/04/2024 | 48 | Consent MOTION for extension of time filed by Michael W Seitz on behalf of All Defendants. Suggestions in opposition/response due by 4/18/2024 unless otherwise directed by the court. (Seitz, Michael) (Entered: 04/04/2024) |
| 04/08/2024 | 49 | PRO SE MOTION for copy of full discovery in this case filed by Stephen S. Hart. Suggestions in opposition/response due by 4/22/2024 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Crocker, Susan) (Entered: 04/09/2024) |
| 04/12/2024 | 50 | PRO SE MOTION to intervene filed by Clark Collins, Rosalind Collins. Suggestions in opposition/response due by 4/26/2024 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Crocker, Susan) (Entered: 04/12/2024) |
| 04/15/2024 | 51 | NOTICE of filing *Joint Proposed Agenda for April 19, 2024 Status Conference* by Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams (Siegel, Norman) (Entered: 04/15/2024) |
| 04/17/2024 | 52 | ORDERED Defendants' Unopposed Motion to Extend Schedule (Doc. #48) is, with Plaintiffs having no objection, GRANTED. See attached order for details. Signed on 4/17/24 by District Judge Brian C Wimes. (Diefenbach, Tracy) Copy of this order emailed to the MDL Panel. Modified on 4/17/2024 to reflect copy of Order mailed to Jeff Edwards 1406 Duster Cv Cedar Park, TX 78613 and Stephen S. Hart #709148 San Francisco County Jail #3 H–!–202 1 Moreland Drive San Bruno, CA 94066 (Woods, Gloria). (Entered: 04/17/2024) |
| 04/18/2024 | 53 | Consent MOTION for leave to file excess pages filed by Michael W Seitz on behalf of All Defendants. Suggestions in opposition/response due by 5/2/2024 unless otherwise directed by the court. (Seitz, Michael) (Entered: 04/18/2024) |
| 04/19/2024 | 54 | Minute Entry. Proceedings held before District Judge Brian C Wimes: STATUS CONFERENCE held on 4/19/2024. <br><br> Counsel appear As set forth on the record. Time in court: 10:15 am to 10:30 am. To order a transcript of this hearing please contact Denise Halasey, 816–512–5657, |

Appellate Case: 26-1430   Page: 88   Date Filed: 03/11/2026 Entry ID: 5073971   March 11 2026 88

| | | |
|---|---|---|
| | | denise_halasey@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 04/19/2024) |
| 04/22/2024 | 55 | SUGGESTIONS in opposition re 49 MOTION for order *by Pro Se Plaintiff Stephen Hart Requesting Copy of Full Discovery* filed by Norman Eli Siegel on behalf of Plaintiffs Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams. Reply suggestions due by 5/6/2024 unless otherwise directed by the court. (Related document(s) 49 ) (Siegel, Norman) (Entered: 04/22/2024) |
| 04/25/2024 | 56 | ORDERED the parties' Consent Motion to Enlarge Page Limits (Doc. #53) is GRANTED. <br><br> Status Conference by Telephone set for 5/17/2024 11:00 AM in before District Judge Brian C Wimes. <br><br> Signed on 4/25/24 by District Judge Brian C Wimes. (Diefenbach, Tracy) Copy of this order emailed to Clerk of the Judicial Panel on Multidistrict Litigation. (Entered: 04/25/2024) |
| 04/26/2024 | 57 | SUGGESTIONS in opposition re 50 MOTION to intervene filed by Norman Eli Siegel on behalf of Plaintiffs Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams. Reply suggestions due by 5/10/2024 unless otherwise directed by the court. (Related document(s) 50 ) (Siegel, Norman) (Entered: 04/26/2024) |
| 05/08/2024 | 58 | MOTION to compel *Arbitration* filed by Kristine M Brown on behalf of All Defendants. Suggestions in opposition/response due by 5/22/2024 unless otherwise directed by the court. (Attorney Kristine M Brown added to party T–Mobile US, Inc.(pty:dft), Attorney Kristine M Brown added to party T–Mobile USA, Inc.(pty:dft))(Brown, Kristine) (Entered: 05/08/2024) |
| 05/13/2024 | 60 | NOTICE of filing *Joint Proposed Agenda for the May 17, 2024 Status Conference* by Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams (Siegel, Norman) (Entered: |

| | | |
|---|---|---|
| | | 05/13/2024) |
| 05/17/2024 | 61 | MOTION to seal document *Plaintiffs' Motion to Seal Certain Exhibits to Defendant's Motion to Compel Arbitration* filed by Norman Eli Siegel on behalf of Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, E.H., Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams. Suggestions in opposition/response due by 5/31/2024 unless otherwise directed by the court. (Siegel, Norman) (Entered: 05/17/2024) |
| 05/17/2024 | 62 | Minute Entry. Proceedings held before District Judge Brian C Wimes: TELEPHONE CONFERENCE held on 5/17/2024.<br><br>Telephone Conference set for 7/12/2024 09:00 AM before District Judge Brian C Wimes.<br><br>Counsel appearing for Plaintiff(s): Norman Siegel, Cari Laufenberg, James Pizzirusso, Maureen Brady, Tom Cartmell, Candice Smith, Jillian Dent. Counsel appearing for Defendant(s): Christy Brown and Donald Houser. Time in court: 11:00 am to 11:45 am. To order a transcript of this hearing please contact Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (Diefenbach, Tracy) Copy of this minute entry sent to: Jeff Edwards, 1406 Duster Cv, Cedar Park, TX 78613; Clark Collins, 16416 Spotted Eagle Dr., Leander, TX 78641; Rosalind Collins, 16416 Spotted Eagle Dr., Leander, TX 78641; and Stephen S. Hart 709148, CJ3 1B 19L, 1 Moreland Ave., San Bruno, CA 94066. (Entered: 05/17/2024) |
| 05/23/2024 | 63 | ORDERED pro se plaintiff Stephen Hart's motion for a copy of full discovery (Doc. #49) is DENIED.<br><br>Pro se plaintiffs Clark and Rosalind Collins' motion to intervene (Doc. #50) is DENIED.<br><br>Plaintiffs' Motion to Seal Certain Exhibits to Defendants Motion to Compel Arbitration (Doc. #61) is, with Defendants having indicated no objection, GRANTED.<br><br>Signed on 5/23/24 by District Judge Brian C Wimes. Copy of this order mailed to: Stephen S. Hart, #709148, CJ3 1B 19L, 1 Moreland Ave., San Bruno, CA 94066; Clark Collins, 16416 Spotted Eagle Dr., Leander, TX 78641; Rosalind Collins, 16416 Spotted Eagle Dr., Leander, TX 78641; Jeff Edwards, 1406 Duster Cv, Cedar Park, TX 78613; and emailed to the Clerk of the JPML. (Diefenbach, Tracy) (Entered: 05/23/2024) |
| 05/29/2024 | 64 | CERTIFICATE OF SERVICE by Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, E.H., Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus |

| | | |
|---|---|---|
| | | Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams *of Discovery Requests* filed by Norman Eli Siegel on behalf of Plaintiffs Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, E.H., Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams.(Siegel, Norman) (Entered: 05/29/2024) |
| 06/04/2024 | 65 | MAIL RETURNED as undeliverable. Mail sent to Stephen S. Hart. (Related document(s) 62 ) (Crocker, Susan) (Entered: 06/05/2024) |
| 06/12/2024 | 66 | PRO SE MOTION for case law information filed by Stephen S. Hart. Suggestions in opposition/response due by 6/26/2024 unless otherwise directed by the court. (Crocker, Susan) (Entered: 06/12/2024) |
| 06/17/2024 | 67 | MAIL RETURNED as undeliverable. Mail sent to Stephen S. Hart. (Related document(s) 63 ) (Crocker, Susan) (Entered: 06/18/2024) |
| 07/08/2024 | 68 | NOTICE of filing *Joint Proposed Agenda for July 12 Status Conference* by Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams (Siegel, Norman) (Entered: 07/08/2024) |
| 07/12/2024 | 69 | Minute Entry. Proceedings held before District Judge Brian C Wimes: TELEPHONE CONFERENCE held on 7/12/2024.<br><br>Counsel are to confer and advise the Court of date proposals to schedule next teleconference.<br><br>Counsel appearing for Plaintiff(s): Norman Siegel, Jillian Dent, James Pizzirusso, Cari Laufenberg. Counsel appearing for Defendant(s): Donald Houser, Kristine Brown. Time in court: 9:18 a.m. to 9:36 a.m. To order a transcript of this hearing please contact Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Anderson, Christy) Modified on 7/12/2024 (Anderson, Christy). (Entered: 07/12/2024) |
| 07/12/2024 | 70 | NOTICE of filing *of Plaintiffs' Response to Request by Pro Se Plaintiff Stephen Hart* by Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, |

| | | |
|---|---|---|
| | | Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams (Attachments: # 1 Exhibit A)(Siegel, Norman) (Entered: 07/12/2024) |
| 08/13/2024 | 71 | ELECTRONIC TRANSCRIPT of Telephone Conference held July 12, 2024 before Judge Brian C. Wimes. Court Reporter: Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. Number of pages: 13. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 8/20/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 11/12/2024. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** <br><br> (Halasey, Denise) (Entered: 08/13/2024) |
| 08/19/2024 | 72 | PRO SE MOTION for copies filed by Stephen S. Hart. Suggestions in opposition/response due by 9/3/2024 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Crocker, Susan) (Entered: 08/19/2024) |
| 08/21/2024 | 73 | ELECTRONIC TRANSCRIPT of Telephone Conference held 5/27/2024 before Judge Brian C. Wimes. Court Reporter: Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. Number of pages: 24. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 8/28/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 11/19/2024. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** <br><br> (Halasey, Denise) (Entered: 08/21/2024) |
| 08/23/2024 | 74 | ELECTRONIC TRANSCRIPT of Status Hearing held 4/19/2024 before Judge Brian C. Wimes. Court Reporter: Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. Number of pages: 14. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 8/30/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 11/21/2024. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** |

| | | (Halasey, Denise) (Entered: 08/23/2024) |
|---|---|---|
| 08/23/2024 | 75 | ELECTRONIC TRANSCRIPT of Status Hearing held 10/4/2023 before Judge Brian C. Wimes. Court Reporter: Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. Number of pages: 35. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 8/30/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 11/21/2024.  NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.** <br><br>(Halasey, Denise) (Entered: 08/23/2024) |
| 08/26/2024 | 76 | NOTICE OF HEARING – This is the official notice for this hearing.  This is a TEXT ONLY ENTRY. No document is attached. <br><br>Status Conference set for 10/16/2024 09:00 AM in Courtroom 7D, Kansas City (BCW) before District Judge Brian C Wimes. <br><br>(Diefenbach, Tracy) (Entered: 08/26/2024) |
| 09/03/2024 | 77 | RESPONSE to motion re 72 MOTION for order *Pro Se Plaintiff's Request for Copies of Documents* filed by Norman Eli Siegel on behalf of Plaintiffs Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Maria Daleo, Karisha Davis, Robin Dollson, E.H., Peter Ferrendino, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Gabrielle D. Vann, Brendan Williams, Tera Williams. Reply suggestions due by 9/17/2024 unless otherwise directed by the court. (Siegel, Norman) (Entered: 09/03/2024) |
| 10/04/2024 | 78 | Motion to allow Renner K. Walker to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9235271) filed by Jillian R Dent on behalf of Stephan Clark. (Attachments: # 1 Appendix A)(Dent, Jillian) (Entered: 10/04/2024) |
| 10/07/2024 | 79 | ORDER granting 78 motion to appear pro hac vice entered by Clerk of Court. Attorney Renner K. Walker for Stephan Clark allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney. <br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER.  This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 10/07/2024) |
| 10/16/2024 | 80 | |

| | | |
|---|---|---|
| | | Minute Entry. Proceedings held before District Judge Brian C Wimes: STATUS CONFERENCE held on 10/16/2024.<br><br>Time in court: 9:00 am to 10:45 am. To order a transcript of this hearing please contact Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 10/16/2024) |
| 10/18/2024 | 81 | Motion to allow Jason H. Alperstein to appear pro hac vice (Pro Hac fee $100 receipt number AMOWDC–9256664) filed by Jillian R Dent on behalf of Stephan Clark. (Attachments: # 1 Appendix A)(Dent, Jillian) (Entered: 10/18/2024) |
| 10/18/2024 | 82 | ORDER granting 81 motion to appear pro hac vice entered by Clerk of Court. Attorney Jason H. Alperstein for Stephan Clark allowed to appear pro hac vice. This entry will serve as authorization for the pro hac participation by the attorney.<br><br>Western District of Missouri Local Rule 5.1 requires documents to be filed electronically. If pro hac vice counsel has not already done so, counsel is directed to immediately register for a WDMO e–filing account for NextGen CM/ECF. This will enable counsel to electronically file documents and receive electronic notification of filings. Register for a WDMO e–filing account at PACER. This is a TEXT ONLY ENTRY. No document is attached. (Lock, Tania) (Entered: 10/18/2024) |
| 11/18/2024 | 83 | ELECTRONIC TRANSCRIPT of Oral Argument held October 16, 2024 before Judge Brian C. Wimes. Court Reporter: Denise Halasey, 816–512–5657, denise_halasey@mow.uscourts.gov. Number of pages: 68. NOTICE RE: REDACTION OF TRANSCRIPTS: Within 7 calendar days of this filing, each party shall inform the Court, by filing a Notice of Redaction, of the parties' intent to redact personal data identifiers from the electronic transcript of the court proceeding. The policy is located on our website at www.mow.uscourts.gov. Please read this policy carefully. **NOTICE: Attorneys must contact the court reporter for copies during this 90 day period. If necessary, Notice of Intent to Redact is due by 11/25/2024 unless otherwise directed by the court. Release of Transcript Restriction set for 2/17/2025. NOTICE: Attorneys must contact the court reporter for copies during this 90 day period.**<br><br>(Halasey, Denise) (Entered: 11/18/2024) |
| 11/25/2024 | 84 | NOTICE of change of address by Thomas Loeser (Loeser, Thomas) (Entered: 11/25/2024) |
| 01/03/2025 | 85 | MOTION for order *Application for Reappointment of Leadership Counsel* filed by Norman Eli Siegel on behalf of All Plaintiffs. Suggestions in opposition/response due by 1/17/2025 unless otherwise directed by the court. (Attorney Norman Eli Siegel added to party Jessica Bailey(pty:pla), Attorney Norman Eli Siegel added to party Martye Benjamin(pty:pla), Attorney Norman Eli Siegel added to party Fernando Garcia(pty:pla), Attorney Norman Eli Siegel added to party LaTresa Grantham(pty:pla), Attorney Norman Eli Siegel added to party Richard Smith(pty:pla), Attorney Norman Eli Siegel added to party David Lopez(pty:pla), Attorney Norman Eli Siegel added to party Edward Polhill(pty:pla), Attorney Norman Eli Siegel added to party Lisa Frierson(pty:pla), Attorney Norman Eli Siegel added to party Steven Vash(pty:pla), Attorney Norman Eli Siegel added to party Elizabeth Shoemaker(pty:pla), Attorney Norman Eli Siegel added to party Andrea L. |

| | | |
|---|---|---|
| | | Arroyo(pty:pla), Attorney Norman Eli Siegel added to party Stephen S. Hart(pty:pla), Attorney Norman Eli Siegel added to party Spencer Berggren(pty:pla), Attorney Norman Eli Siegel added to party Antonio Bodacoloffi (pty:pla), Attorney Norman Eli Siegel added to party Bonnie Dawson(pty:pla), Attorney Norman Eli Siegel added to party Stacy Dutill(pty:pla), Attorney Norman Eli Siegel added to party Tamara Ferguson(pty:pla), Attorney Norman Eli Siegel added to party Alaine Egeler(pty:pla), Attorney Norman Eli Siegel added to party Colleen Evola(pty:pla), Attorney Norman Eli Siegel added to party Brandy Foster(pty:pla), Attorney Norman Eli Siegel added to party Michael W. Gliko, IV(pty:pla), Attorney Norman Eli Siegel added to party Chanta Graham(pty:pla), Attorney Norman Eli Siegel added to party Lauren Grover(pty:pla), Attorney Norman Eli Siegel added to party Alba P. Haro(pty:pla), Attorney Norman Eli Siegel added to party Sally Tami Hernandez(pty:pla), Attorney Norman Eli Siegel added to party Nicole Hinds(pty:pla), Attorney Norman Eli Siegel added to party Bryan Corkins(pty:pla), Attorney Norman Eli Siegel added to party Melissa Johnson(pty:pla), Attorney Norman Eli Siegel added to party Jonathan Keller(pty:pla), Attorney Norman Eli Siegel added to party Ken Knutson(pty:pla), Attorney Norman Eli Siegel added to party Brandon Kruse(pty:pla), Attorney Norman Eli Siegel added to party Johnathan Limberger(pty:pla), Attorney Norman Eli Siegel added to party Carmen V. Lopez(pty:pla), Attorney Norman Eli Siegel added to party Patrick Thornburgh(pty:pla), Attorney Norman Eli Siegel added to party Kirti Mandal(pty:pla), Attorney Norman Eli Siegel added to party Natalia Maya(pty:pla), Attorney Norman Eli Siegel added to party Patrick Melton(pty:pla), Attorney Norman Eli Siegel added to party Brian Mills(pty:pla), Attorney Norman Eli Siegel added to party Tina Mitchell(pty:pla), Attorney Norman Eli Siegel added to party Francis Osorio(pty:pla), Attorney Norman Eli Siegel added to party Jennifer Padilla(pty:pla), Attorney Norman Eli Siegel added to party Jennifer Baughman(pty:pla), Attorney Norman Eli Siegel added to party Greg Seth Resnick(pty:pla), Attorney Norman Eli Siegel added to party Terri Rodgers(pty:pla), Attorney Norman Eli Siegel added to party Jesica Rostine(pty:pla), Attorney Norman Eli Siegel added to party Cindy Salcedo(pty:pla), Attorney Norman Eli Siegel added to party Gerry Schettini(pty:pla), Attorney Norman Eli Siegel added to party Patricia Torres(pty:pla), Attorney Norman Eli Siegel added to party Isaac Wilson(pty:pla), Attorney Norman Eli Siegel added to party Jeff Edwards(pty:pla), Attorney Norman Eli Siegel added to party Jacob Kilgore(pty:pla), Attorney Norman Eli Siegel added to party Judith Lynch(pty:pla), Attorney Norman Eli Siegel added to party Oscar Munoz(pty:pla), Attorney Norman Eli Siegel added to party Christine Cortazal(pty:pla), Attorney Norman Eli Siegel added to party Candy Howard(pty:pla))(Siegel, Norman) (Entered: 01/03/2025) |
| 02/25/2025 | 86 | ORDERED Plaintiffs' request for discovery is DENIED. Plaintiffs' Suggestions in Opposition to Defendants' Motion to Compel Arbitration shall be filed on or before April 11, 2025 and Defendants' Reply Suggestions in Support of their Motion to Compel Arbitration shall be filed on or before May 9, 2025. Signed on 2/25/25 by District Judge Brian C Wimes. (Diefenbach, Tracy) (Entered: 02/25/2025) |
| 04/03/2025 | 87 | Consent MOTION for leave to file excess pages filed by Norman Eli Siegel on behalf of All Plaintiffs. Suggestions in opposition/response due by 4/17/2025 unless otherwise directed by the court. (Siegel, Norman) (Entered: 04/03/2025) |
| 04/07/2025 | 88 | PRO SE NOTICE of change of address by Stephen S. Hart. (Attachments: # 1 Envelope)(Grassano, William) (Entered: 04/07/2025) |
| 04/07/2025 | 89 | |

| | | |
|---|---|---|
| | | ORDER granting 87 motion for leave to file excess pages. Signed on 4/7/2025 by District Judge Brian C Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 04/07/2025) |
| 04/10/2025 | 90 | NOTICE of filing *Notice of Suggestion of Death* by Maria Daleo (Siegel, Norman) (Entered: 04/10/2025) |
| 04/10/2025 | 91 | NOTICE of voluntary dismissal by Peter Ferrendino, Gabrielle D. Vann (Siegel, Norman) (Entered: 04/10/2025) |
| 04/10/2025 | 92 | NOTICE of filing *of Response to Request by Pro Se Plaintiff Stephen Hart* by Jennifer Adelman, Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Jessica Bailey, Jennifer Baughman, Martye Benjamin, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Linda Cameron, Jerome Cascio, Stephan Clark, Tammye Cook, Bryan Corkins, Christine Cortazal, Maria Daleo, Karisha Davis, Bonnie Dawson, Robin Dollson, Stacy Dutill, E.H., Jeff Edwards, Alaine Egeler, Colleen Evola, Tamara Ferguson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Brandy Foster, Lisa Frierson, Fernando Garcia, Michael W. Gliko, IV, Andres Gomez, Frankie J. Gonzalez, Chanta Graham, LaTresa Grantham, Lauren Grover, Matthew Gunther, Alba P. Haro, Brian Heinz, Jesus Hernandez, Sally Tami Hernandez, Larry Hickland, Ann Hicks, Nicole Hinds, Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Jiho Kim, Ken Knutson, Jeanine Koger, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, David Lopez, Judith Lynch, Mike Magbaleta, Kirti Mandal, Aaron Maxwell, Natalia Maya, Leroy Mellers, Patrick Melton, Brian Mills, Tina Mitchell, Demetrius Morrison, Oscar Munoz, Jason Oliver, Francis Osorio, Alison Owen, Jennifer Padilla, Edward Polhill, Helene Gayle Pry, Alexandria Rehman, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Christopher Smith, Richard Smith, Patrick Thornburgh, Patricia Torres, Joseph Valdez, Gabrielle D. Vann, Steven Vash, Brendan Williams, Tera Williams, Isaac Wilson re 88 Notice of Change of Address (Attachments: # 1 Ex. A)(Siegel, Norman) (Entered: 04/10/2025) |
| 04/11/2025 | 93 | SUGGESTIONS in opposition re 58 MOTION to compel *Arbitration* filed by Norman Eli Siegel on behalf of Plaintiffs Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Karisha Davis, Robin Dollson, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Brendan Williams, Tera Williams. Reply suggestions due by 4/25/2025 unless otherwise directed by the court. (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 5, # 6 Ex. 6, # 7 Ex. 7, # 8 Ex. 8, # 9 Ex. 9, # 10 Ex. 10, # 11 Ex. 11, # 12 Ex. 12, # 13 Ex. 13, # 14 Ex. 14, # 15 Ex. 15, # 16 Ex. 16, # 17 Ex. 17, # 18 Ex. 18, # 19 Ex. 19, # 20 Ex. 20, # 21 Ex. 21, # 22 Ex. 22, # 23 Ex. 23, # 24 Ex. 24, # 25 Ex. 25, # 26 Ex. 26, # 27 Ex. 27, # 28 Ex. 28, # 29 Ex. 29, # 30 Ex. 30, # 31 Ex. 31, # 32 Ex. 32)(Related document(s) 58 ) (Siegel, Norman) (Entered: 04/11/2025) |
| 04/14/2025 | | Updated Deadlines as to 58 MOTION to compel *Arbitration*. Reply suggestions due by 5/9/2025. (Diefenbach, Tracy) (Entered: 04/14/2025) |
| 04/14/2025 | 94 | The Court hereby acknowledges receipt of Doc. No. 91 Notice of Voluntary Dismissal Without Prejudice as to Peter Ferrendino and Gabrielle D. Vann. Pursuant |

| | | |
|---|---|---|
| | | to Fed. R. Civ. P. 41(a)(1)(A)(i), the claims of Peter Ferrendino and Gabrielle D. Vann are hereby dismissed without prejudice. Signed on 4/14/25 by District Judge Brian C Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Diefenbach, Tracy) (Entered: 04/14/2025) |
| 04/14/2025 | 95 | ORDERED Co–Lead Interim Class Counsel's Application for Reappointment of Leadership Counsel (Doc. #85) is GRANTED. Signed on 4/14/25 by District Judge Brian C Wimes. (Diefenbach, Tracy) (Entered: 04/14/2025) |
| 04/17/2025 | 96 | Consent MOTION for extension of time to file response/reply as to 58 MOTION to compel *Arbitration* filed by Michael W Seitz on behalf of All Defendants. Suggestions in opposition/response due by 5/1/2025 unless otherwise directed by the court. (Related document(s) 58 ) (Seitz, Michael) (Entered: 04/17/2025) |
| 04/21/2025 | 97 | ORDERED Defendants' Motion to Extend Deadline (Doc. #96) is, with Plaintiffs having no objection, GRANTED. Defendants are granted leave to reply on or before June 6, 2025. Signed on 4/21/2025 by District Judge Brian C Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 04/21/2025) |
| 05/15/2025 | 98 | MOTION for leave to file excess pages *Unopposed Motion to Enlarge Page Limits* filed by Michael W Seitz on behalf of T–Mobile US, Inc.. Suggestions in opposition/response due by 5/29/2025 unless otherwise directed by the court. (Seitz, Michael) (Entered: 05/15/2025) |
| 05/16/2025 | 99 | ORDER granting 98 motion for leave to file excess pages. Signed on 5/16/2025 by District Judge Brian C Wimes. This is a TEXT ONLY ENTRY. No document is attached. (Entered: 05/16/2025) |
| 06/06/2025 | 100 | REPLY SUGGESTIONS to motion re 58 MOTION to compel *Arbitration* filed by Kristine M Brown on behalf of Defendants T–Mobile US, Inc., T–Mobile USA, Inc.. (Attachments: # 1 Ex. A (Excerpts of Contracts), # 2 Ex. B (Declaration of Scott Elder), # 3 Attachments to Ex. B, # 4 Ex. C (Declaration of Judy Sanchez), # 5 Attachments to Ex. C)(Related document(s) 58 ) (Brown, Kristine) (Entered: 06/06/2025) |
| 06/06/2025 | 101 | MOTION to seal document *Defendants' Motion for Leave to File Under Seal Certain Exhibits to Reply In Support of Motion to Compel Arbitration* filed by Kristine M Brown on behalf of All Defendants. Suggestions in opposition/response due by 6/20/2025 unless otherwise directed by the court. (Brown, Kristine) (Entered: 06/06/2025) |
| 06/12/2025 | 102 | ORDER granting 101 Defendants' motion for leave to file under seal certain exhibits to Defendants' reply in support of its motion to compel arbitration. Signed on 6/12/2025 by District Judge Brian C Wimes. This is a TEXT ONLY ENTRY. No document is attached. (AED) (Entered: 06/12/2025) |
| 06/12/2025 | 103 | NOTICE (SEALED) by T–Mobile US, Inc., T–Mobile USA, Inc. (Attachments: # 1 Ex. A (ECF 100–1), # 2 Attachments to Ex. B (ECF 100–3), # 3 Attachments to Ex. C (ECF 100–5))(Brown, Kristine) (Entered: 06/12/2025) |
| 07/23/2025 | 104 | MOTION to strike 100 Reply Suggestions to Motion, filed by Norman Eli Siegel on behalf of Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Karisha Davis, Robin Dollson, Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho |

| | | |
|---|---|---|
| | | Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Helene Gayle Pry, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Brendan Williams, Tera Williams. Suggestions in opposition/response due by 8/6/2025 unless otherwise directed by the court. (Attachments: # 1 Ex. A – Proposed Sur–Reply)(Related document(s) 100 ) (Siegel, Norman) (Entered: 07/23/2025) |
| 08/06/2025 | 105 | SUGGESTIONS in opposition re 104 MOTION to strike 100 Reply Suggestions to Motion, filed by Kristine M Brown on behalf of Defendants T–Mobile US, Inc., T–Mobile USA, Inc.. Reply suggestions due by 8/20/2025 unless otherwise directed by the court. (Related document(s) 104 ) (Brown, Kristine) (Entered: 08/06/2025) |
| 08/20/2025 | 106 | REPLY SUGGESTIONS to motion re 104 MOTION to strike 100 Reply Suggestions to Motion, filed by Norman Eli Siegel on behalf of Plaintiffs Jennifer Adelman, Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Jessica Bailey, Jennifer Baughman, Martye Benjamin, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Linda Cameron, Jerome Cascio, Stephan Clark, Tammye Cook, Bryan Corkins, Christine Cortazal, Maria Daleo, Karisha Davis, Bonnie Dawson, Robin Dollson, Stacy Dutill, E.H., Jeff Edwards, Alaine Egeler, Colleen Evola, Tamara Ferguson, Peter Ferrendino, Leonardo Figueroa, Victor Flores, Brandy Foster, Lisa Frierson, Fernando Garcia, Michael W. Gliko, IV, Andres Gomez, Frankie J. Gonzalez, Chanta Graham, LaTresa Grantham, Lauren Grover, Matthew Gunther, Alba P. Haro, Stephen S. Hart, Brian Heinz, Jesus Hernandez, Sally Tami Hernandez, Larry Hickland, Ann Hicks, Nicole Hinds, Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Jiho Kim, Ken Knutson, Jeanine Koger, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, David Lopez, Judith Lynch, Mike Magbaleta, Kirti Mandal, Aaron Maxwell, Natalia Maya, Leroy Mellers, Patrick Melton, Brian Mills, Tina Mitchell, Demetrius Morrison, Oscar Munoz, Jason Oliver, Francis Osorio, Alison Owen, Jennifer Padilla, Edward Polhill, Helene Gayle Pry, Alexandria Rehman, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Christopher Smith, Richard Smith, Patrick Thornburgh, Patricia Torres, Joseph Valdez, Gabrielle D. Vann, Steven Vash, Brendan Williams, Tera Williams, Isaac Wilson. (Related document(s) 104 ) (Siegel, Norman) (Entered: 08/20/2025) |
| 08/28/2025 | 107 | ORDERED Plaintiffs' motion to strike in part T–Mobiles reply suggestions in support of its motion to compel arbitration or, in the alternative, for leave to file a sur–reply (Doc. #104) is GRANTED. Plaintiffs shall file a sur–reply within three days of the date of this Order. Signed on 8/28/25 by District Judge Brian C Wimes. (TLD) (Entered: 08/28/2025) |
| 08/29/2025 | 108 | SUGGESTIONS in opposition re 58 MOTION to compel *Arbitration Plaintiffs' Sur–Reply in Further Opposition to T–Mobile's Motion to Compel Arbitration* filed by Norman Eli Siegel on behalf of Plaintiffs Jennifer Adelman, Andrea L. Arroyo, Benjamin Atwell, Nicole Baez, Jessica Bailey, Jennifer Baughman, Martye Benjamin, Spencer Berggren, Antonio Bodacoloffi, Joseph Burka, Linda Cameron, Jerome Cascio, Stephan Clark, Tammye Cook, Bryan Corkins, Christine Cortazal, Maria Daleo, Karisha Davis, Bonnie Dawson, Robin Dollson, Stacy Dutill, E.H., Jeff Edwards, Alaine Egeler, Colleen Evola, Tamara Ferguson, Leonardo Figueroa, Victor Flores, Brandy Foster, Lisa Frierson, Fernando Garcia, Michael W. Gliko, IV, Andres Gomez, Frankie J. Gonzalez, Chanta Graham, LaTresa Grantham, Lauren Grover, Matthew Gunther, Alba P. Haro, Stephen S. Hart, Brian Heinz, Jesus Hernandez, Sally Tami Hernandez, Larry Hickland, Ann Hicks, Nicole Hinds, |

| | | |
|---|---|---|
| | | Heather Hosfeld, Candy Howard, Melissa Johnson, Jonathan Keller, Jacob Kilgore, Jiho Kim, Ken Knutson, Jeanine Koger, Brandon Kruse, Charles Layman, Johnathan Limberger, Carmen V. Lopez, David Lopez, Judith Lynch, Mike Magbaleta, Kirti Mandal, Aaron Maxwell, Natalia Maya, Leroy Mellers, Patrick Melton, Brian Mills, Tina Mitchell, Demetrius Morrison, Oscar Munoz, Jason Oliver, Francis Osorio, Alison Owen, Jennifer Padilla, Edward Polhill, Helene Gayle Pry, Alexandria Rehman, Greg Seth Resnick, Jeremy Robbins, Terri Rodgers, Jesica Rostine, Cindy Salcedo, Gerry Schettini, Elizabeth Shoemaker, Christopher Smith, Richard Smith, Patrick Thornburgh, Patricia Torres, Joseph Valdez, Steven Vash, Brendan Williams, Tera Williams, Isaac Wilson. Reply suggestions due by 9/12/2025 unless otherwise directed by the court. (Related document(s) 58 ) (Siegel, Norman) (Entered: 08/29/2025) |
| 10/02/2025 | 109 | NOTICE of voluntary dismissal by Helene Gayle Pry (Sloss, Ian) (Entered: 10/02/2025) |
| 10/24/2025 | 110 | The Court hereby acknowledges receipt of doc. no. 109 , Notice of Voluntary Dismissal pursuant to FRCP 41(a)(1)(A)(i) by Plaintiff Helene Gayle Pry. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the claims asserted by Plaintiff Helene Pry are dismissed without prejudice. Signed on 10/24/25 by District Judge Brian C Wimes. This is a TEXT ONLY ENTRY. No document is attached. (TLD) (Entered: 10/24/2025) |
| 11/26/2025 | 111 | NOTICE of filing *Plaintiffs' Notice of Supplemental Authority Re Opposition to T–Mobile's Motion to Compel Arbitration* by Jennifer Adelman, Benjamin Atwell, Nicole Baez, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Karisha Davis, Robin Dollson, E.H., Leonardo Figueroa, Victor Flores, Andres Gomez, Frankie J. Gonzalez, Matthew Gunther, Brian Heinz, Jesus Hernandez, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Mike Magbaleta, Aaron Maxwell, Leroy Mellers, Demetrius Morrison, Jason Oliver, Alison Owen, Alexandria Rehman, Jeremy Robbins, Christopher Smith, Joseph Valdez, Brendan Williams, Tera Williams re 93 Suggestions in Opposition to Motion,,,,, 108 Suggestions in Opposition to Motion,,,,,,, (Siegel, Norman) (Entered: 11/26/2025) |
| 12/03/2025 | 112 | NOTICE of filing *T–Mobile's Response to Plaintiffs' Notice of Supplemental Authority* by T–Mobile US, Inc., T–Mobile USA, Inc. re 111 Notice of filing,,, (Seitz, Michael) (Entered: 12/03/2025) |
| 02/09/2026 | 113 | ORDERED T–Mobile's motion to compel arbitration (Doc. #58) is GRANTED IN PART AND DENIED IN PART. Proposed scheduling order due by 3/17/2026. Scheduling Conference set for 3/31/2026 09:00 AM by Telephone Conference City before Chief District Judge Brian C Wimes. Signed on 2/9/26 by Chief District Judge Brian C Wimes. (TLD) (Entered: 02/09/2026) |
| 02/10/2026 | 114 | ORDER finding as moot Stephen S. Hart's 66 motion for case information and 72 motion for copies. Having reviewed Co–Lead Class Counsel's prior responses to Mr. Hart's motions (Docs. 70, 77), the Court finds the motions are moot. Signed on |

| | | |
|---|---|---|
| | | 2/10/2026 by Chief District Judge Brian C Wimes.  <span style="color:red">This is a TEXT ONLY ENTRY. No document is attached.</span> (AED) (Entered: 02/10/2026) |
| 03/10/2026 | <u>115</u> | NOTICE OF APPEAL as to <u>113</u> Order,, Rule 16 Notice,, Terminate Motions, by T–Mobile US, Inc., T–Mobile USA, Inc.. Filing fee $ 605, receipt number AMOWDC–9967458. (Brown, Kristine) (Entered: 03/10/2026) |
| 03/11/2026 | <u>116</u> | TRANSMISSION of Notice of Appeal Supplement to US Court of Appeals, 8th Circuit via electronic mail. Related document <u>115</u> Notice of Appeal. (JKT) (Entered: 03/11/2026) |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

IN RE: T-MOBILE 2022 CUSTOMER )
DATA SECURITY BREACH ) MDL No. 3073
LITIGATION )
) Master Case No. 4:23-MD-03073-BCW
)
ALL ACTIONS )

## ORDER

Before the Court is Defendants T-Mobile US, Inc. and T-Mobile USA, Inc.'s (collectively, "T-Mobile") motion to compel arbitration. (Doc. #58). The Court, being duly advised of the premises, grants in part[1] and denies in part[2] said motion.

## BACKGROUND

On January 19, 2023, T-Mobile announced that it had suffered a data breach in late 2022 in which approximately 37 million current and former customers' personally identifiable information was accessed and acquired by a third party. (Doc. #1 at 1–2). Plaintiffs around the country filed putative class actions related to the 2022 data breach. Id. On June 2, 2023, the United States Judicial Panel on Multidistrict Litigation transferred these actions to the Western District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Id.

On March 8, 2024, Plaintiffs filed a Consolidated Consumer Class Action Complaint alleging 40 counts under various federal and state laws. (Doc. #46). On May 8, 2024, T-Mobile filed the instant motion to compel arbitration. (Doc. #58). On October 16, 2024, the Court held a

---

[1] The motion is granted as to Plaintiffs Jennifer Adelman, Benjamin Atwell, Nicole Baez, Karisha Davis, Victor Flores, Frankie Gonzalez, Matthew Gunther, Brian Heinz, Heather Hosfeld, E.H., Jiho Kim, Michael Magbaleta, Leroy Mellers, Jeremy Robbins, Joseph Valdez, and Brendan Williams.

[2] The motion is denied as to Jesus Hernandez and Christopher Smith. The motion is denied without prejudice and the Court will proceed summarily to trial to resolve genuine issues of material fact for Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Robin Dollson, Leonardo Figueroa, Andres Gomez, Larry Hickland, Ann Hicks, Jeanine Koger, Charles Layman, Aaron Maxwell, Demetrius Morrison, Jason Oliver, Alison Owen, Alexandria Rehman, and Tera Williams.

1

discovery dispute conference pursuant to Local Rule 37.1 regarding Plaintiffs' request for arbitration discovery, which T-Mobile opposed. (Doc. #80). On February 25, 2025, the Court denied Plaintiffs' request for discovery, explaining the only issue before the Court is one of contract formation for which the requested discovery was not necessary. (Doc. #86). Thereafter, on April 11, 2025, Plaintiffs filed opposing suggestions (Doc. #93), and on June 6, 2025, T-Mobile filed reply suggestions (Doc. #100). On August 29, 2025, with leave of Court, Plaintiffs filed sur-reply suggestions. (Doc. #108).

## LEGAL STANDARD

When reviewing a motion to compel arbitration, a district court asks only (1) whether a valid agreement to arbitrate exists between the parties and (2) whether the specific dispute falls within the scope of that agreement. Robinson v. EOR-ARK, LLC, 841 F.3d 781, 783–84 (8th Cir. 2016); Donaldson Co., Inc. v. Borroughs Diesel, Inc., 581 F.3d 726, 729 (8th Cir. 2009) ("A court must grant a motion to compel arbitration if a valid arbitration clause exists which encompasses the dispute between the parties." (citations omitted)). The contract law of the state where the contract was formed governs whether the parties have entered into a valid arbitration agreement. Robinson, 841 F.3d at 784. Donaldson, 581 F.3d at 731.

The party seeking to compel arbitration bears the burden of proving the existence of such an agreement. Ballou v. Asset Mktg. Servs., LLC, 46 F.4th 844, 851 (8th Cir. 2022); Duncan v. TitleMax of Missouri, Inc., 607 S.W.3d 243, 249 (Mo. Ct. App. 2020). "The party resisting arbitration bears the burden of showing either that the arbitration provision is invalid or that it does not encompass the claims at issue." Triplet v. Menard, Inc., 42 F.4th 868, 870 (8th Cir. 2022). Under the Federal Arbitration Act ("FAA"), any doubts concerning the scope of arbitrable issues

2

should be resolved in favor of arbitration. <u>Lyster v. Ryan's Fam. Steak Houses, Inc.</u>, 239 F.3d 943, 945 (8th Cir. 2001).

When a motion to compel arbitration is accompanied by matters outside the pleadings, a court will evaluate the motion under a summary-judgment-like standard, viewing facts in the light most favorable to the non-moving party and drawing all reasonable inferences in their favor. <u>Neb. Mach. Co. v. Cargotec Sols., LLC</u>, 762 F.3d 737, 742–43 (8th Cir. 2014). Under the FAA, if the record reveals a material issue of fact as to whether the parties agreed to arbitrate, the court shall proceed summarily to trial on that issue. <u>Id.</u>; 9 U.S.C. § 4. If a trial by jury is not demanded by the party opposing arbitration, "the court shall hear and determine such issue." 9 U.S.C. § 4.

<strong>ANALYSIS</strong>

### A. Summary of the Arguments

T-Mobile argues all named Plaintiffs agreed to arbitrate this matter. (Doc. #59). T-Mobile argues 32 of the 35[3] Plaintiffs signed arbitration agreements. For the three Plaintiffs who did not sign agreements,[4] T-Mobile argues they are bound to arbitrate based on either their conduct, equitable estoppel, or agency. T-Mobile further argues no plaintiff properly opted out of their arbitration agreements. T-Mobile provides records of each contract that it asserts Plaintiffs signed with an accompanying affidavit from a custodian of records for T-Mobile. (Docs. #59-1–59-41).

In opposition, five Plaintiffs argue they never signed a contract,[5] and 30 Plaintiffs concede they signed contracts but argue for various reasons that these signatures did not create a valid

---

[3] At the time the instant motion to compel arbitration was filed, there were 39 named plaintiffs. (Doc. #46). During the briefing period, three plaintiffs voluntarily dismissed their claims and one plaintiff died, resulting in 35 total remaining plaintiffs. (Docs. #90, #91, #109). As to those four plaintiffs (Maria Daleo, Peter Ferrandino, Helene Gayle Pry, and Gabrielle Vann), the motion is moot.

[4] According to T-Mobile, the Plaintiffs who did not expressly sign agreements are Nicole Baez, E.H. (minor child of Plaintiff Heather Hosfeld), and Christopher Smith.

[5] According to Plaintiffs, Nicole Baez, E.H. (minor child of Heather Hosfeld), Aaron Maxwell, Jason Oliver, and Christopher Smith did not sign contracts.

3

agreement. (Doc. #93). Plaintiffs argue that one Plaintiff is an active-duty service member who is exempt from arbitration, five Plaintiffs did not have contracts at the time of the data breach, two Plaintiffs opted out of arbitration, and 13 Plaintiffs were subject to illusory opt-out provisions that made opting out impossible. Plaintiffs also argue 24 Plaintiffs lacked adequate notice of the arbitration provisions, and they provide sworn declarations in support. (Docs. #93-2–93-32).

The parties raise multiple arguments for each Plaintiff; the Court addresses only those necessary to resolve the issues. Also, in evaluating the parties' arguments, the Court applies the appropriate state's contract law for each Plaintiff. Per T-Mobile's choice-of-law provision in its Terms and Conditions, governing law is the FAA and "the laws of the state or jurisdiction in which [the customer's] billing address in [T-Mobile's] records is located." (Doc. #59-41 at 12).

**B. The T-Mobile Contracts At Issue**

As explained in the Court's February 25th Order, the only issue before the Court is one of contract formation. (Doc. #86). The Court therefore focuses on whether each of the 35 Plaintiffs formed an agreement to arbitrate with T-Mobile. Robinson, 841 F.3d at 783–84. In every state relevant to this action, the essential elements required to form a contract are offer, acceptance, and consideration. See, e.g., Baker v. Bristol Care, Inc., 450 S.W.3d 770, 774 (Mo. 2014).

There are five types of T-Mobile contracts relevant to this action: contracts for the purchase of wireless service ("Service Agreements"), Equipment Installment Plans ("EIP"), Purchase Contracts, agreements to lease cellular phones ("Lease Agreements"), and Rate Change Agreements ("RCA"). (Doc. #59 at 21–27). Arbitration provisions requiring binding arbitration are included expressly in EIPs and Lease Agreements. The arbitration provision from T-Mobile's Terms and Conditions is incorporated by reference into its Service Agreements, Purchase Contracts, and RCAs. (Docs. #59-6 at 3, #59-9 at 27, #59-20 at 39).

4

The Dispute Resolution section of the most recent Terms and Conditions, effective May 15, 2023, states:

By accepting these T&Cs, you are agreeing to resolve any dispute with us through individual binding arbitration or small claims dispute procedures (unless you opt out), and to waive your rights to a jury trial and to participate in any class action suit.

***Individualized Dispute Resolution and Arbitration***. YOU AND WE EACH AGREE THAT, EXCEPT AS PROVIDED BELOW, ANY AND ALL CLAIMS OR DISPUTES, OF ANY NATURE, INCLUDING TORT AND STATUTORY CLAIMS, IN ANY WAY RELATED TO OR CONCERNING THE AGREEMENT, OUR PRIVACY NOTICE, PRIVACY OR DATA SECURITY PRACTICES, OUR SERVICES, DEVICES OR PRODUCTS, INCLUDING ANY BILLING DISPUTES, WILL BE RESOLVED BY INDIVIDUAL BINDING ARBITRATION OR IN SMALL CLAIMS COURT. THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. THE ARBITRATOR MUST FOLLOW THIS AGREEMENT AND CAN AWARD, ON AN INDIVIDUAL BASIS, THE SAME DAMAGES AN[sic] RELIEF AS A COURT (INCLUDING ATTORNEYS' FEES [sic] [.]

. . .

Notwithstanding the above, **YOU MAY CHOOSE TO PURSUE YOUR CLAIM IN COURT AND NOT BY ARBITRATION IF YOU OPT OUT OF THESE ARBITRATION PROCEDURES WITHIN 30 DAYS FROM THE EARLIER OF THE DATE YOU PURCHASED A PRODUCT OR DEVICE FROM US OR THE DATE YOU ACTIVATED A NEW LINE OF SERVICE (the "Opt Out Deadline")**. You must opt out by the Opt Out Deadline for each line of Service. You may opt out of these arbitration procedures by calling 1-866-323-4405 or online at www.T-Mobiledisputeresolution.com. **Any opt-out received after the Opt Out Deadline will not be valid and you will be required to pursue your claim in arbitration or small claims court.**

. . .

. . . To begin arbitration, you must send a letter requesting arbitration and describing your claim to our registered agent (see the "How Do We Notify Each Other" section below) and to the American Arbitration Association ("AAA"). The arbitration of all disputes will be administered by the AAA under its Consumer Arbitration Rules in effect at the time the arbitration is commenced, except to the extent any of those rules conflict with our agreement in these T&Cs, in which case these T&Cs will govern. The AAA rules are available at www.adr.org. . . .

Case 4:23-md-03073-BCW    Document 113    Filed 02/09/26    Page 5 of 33
Appellate Case: 26-1430    Page: 105    Date Filed: 03/11/2026 Entry ID: 5617911    March 11 2026 105

(Doc. #59-41 at 8–11). The Terms and Conditions in place at the time of the breach, effective

March 1, 2021, contain a very similar dispute resolution section. (Doc. #59-41 at 38–40).

Moreover, the following is an example of the arbitration provision in a T-Mobile EIP; the

provisions across all EIPs at issue here are fundamentally the same.

> **\* Dispute Resolution and Arbitration**. <u>If you are a Covered Buyer, the following provisions relating to arbitration do not apply to this agreement.</u> This section describes how any disputes between you and T-Mobile will be resolved. WE AND YOU EACH AGREE THAT, EXCEPT AS PROVIDED BELOW, ANY AND ALL CLAIMS OR DISPUTES IN ANY WAY RELATED TO OR CONCERNING THIS AGREEMENT, OUR PRIVACY POLICY, OUR SERVICES, EQUIPMENT, DEVICES OR PRODUCTS, INCLUDING ANY BILLING DISPUTES, WILL BE RESOLVED BY BINDING ARBITRATION OR IN SMALL CLAIMS COURT. This includes any claims against other parties relating to services or equipment provided or billed to you (such as our suppliers, dealers, authorized retailers, or third-party vendors) whenever you also assert claims against us in the same proceeding. You and we also each agree that this agreement affects interstate commerce so that the Federal Arbitration Act and federal arbitration law, not state law, apply and govern the enforceability of this dispute resolution provision (despite the general choice of law provision set forth below). THERE IS NO JUDGE OR JURY IN ARBITRATION, AND COURT REVIEW OF AN ARBITRATION AWARD IS LIMITED. THE ARBITRATOR MUST FOLLOW THIS AGREEMENT AND CAN AWARD THE SAME DAMAGES AND RELIEF AS A COURT (INCLUDING ATTORNEYS' FEES).
>
> Notwithstanding the above, YOU MAY CHOOSE TO PURSUE YOUR CLAIM IN COURT AND NOT BY ARBITRATION IF YOU OPT OUT OF THESE ARBITRATION PROCEDURES WITHIN 30 DAYS FROM THE EARLIER OF THE DATE YOU PURCHASED EQUIPMENT FROM US OR THE DATE YOU ACTIVATED A NEW LINE OF SERVICE (the "Opt Out Deadline"). You must opt out by the Opt Out Deadline for each line of Service. You may opt out of these arbitration procedures by calling 1-866-323-4405 or online at www.T-Mobiledisputeresolution.com. **Any opt-out received after the Opt Out Deadline will not be valid and you will be required to pursue your claim in arbitration or small claims court.**
>
> . . .
>
> . . . To begin arbitration, you must send a letter requesting arbitration and describing your claim to our registered agent (see the "Notices and Customer Communications" Section below) and to the American Arbitration Association ("AAA"). The arbitration of all disputes will be administered by the AAA under its Consumer Arbitration Rules in effect at the time the arbitration is commenced,

6

except to the extent any of those rules conflicts with this agreement, in which case this agreement will govern. The AAA rules are available at www.adr.org. . . .

(Doc. #59-3 at 5). The arbitration provision in T-Mobile's Lease Agreements is almost identical to that in the EIPs. (Doc. #59-9 at 34–35).

### C. Issues of enforceability for contracts dated post-breach or for Plaintiffs who were no longer T-Mobile customers at the time of the breach are delegated to arbitration.

Five Plaintiffs[6] argue they did not have contracts in place at the time of the data breach, so they cannot be bound to arbitrate. Plaintiffs Adelman, Maxwell, Oliver, and Robbins argue their contracts are dated after the date of the 2022 breach, and any post-dated contract does not bind them to arbitrate this matter because the language in all of the arbitration provisions is prospective, not retroactive. (Doc. #93 at 25). Plaintiff Gunther argues he was no longer a customer of T-Mobile when the breach occurred, so he cannot be compelled to arbitrate. Id. at 26.

T-Mobile argues the issue of scope was delegated to the arbitrator and Plaintiffs' arguments should be rejected on that basis. (Doc. #100 at 28). T-Mobile further argues Plaintiffs' argument fails on the merits because broadly worded arbitration clauses are construed to be retroactive and termination of T-Mobile service does not terminate the arbitration agreement. Id. at 28–31.

The Court's February 25th Order stated that the only issue before the Court on T-Mobile's motion to compel arbitration is contract formation, not contract enforceability. (Doc. #86 at 4). At that time, the Court did not specifically address whether the issue of scope was delegated to arbitration. The Court finds now that the issue of scope, along with all other enforceability issues, is delegated to arbitration.

The Supreme Court has held that parties may agree to delegate "gateway questions of arbitrability," including "whether their agreement covers a particular controversy." Rent-A-Ctr.,

---

[6] These five plaintiffs are Jennifer Adelman, Matthew Gunther, Aaron Maxwell, Jason Oliver, and Jeremy Robbins.

Case 4:23-md-03073-BCW    Document 113    Filed 02/09/26    Page 7 of 33
Appellate Case: 26-1430    Page: 107    Date Filed: 03/11/2026 Entry ID: 5617391    March 11 2026 107

West, Inc. v. Jackson, 561 U.S. 63, 68–69 (2010) (internal quotations omitted). In such instances, the arbitrator has exclusive jurisdiction over threshold questions of arbitrability, and the Court must not decide the matter. Henry Schein, Inc. v. Archer & White Sales, Inc., 586 U.S. 63 (2019). However, a court should not find that parties agreed to arbitrate the question of scope unless they "clearly and unmistakably provide otherwise." Fallo v. High-Tech Inst., 559 F.3d 874, 877 (8th Cir. 2009). When an arbitration agreement incorporates AAA Rules, thereby delegating *all* questions of arbitrability to the arbitrator, this constitutes a "clear and unmistakable" showing that the delegation includes the question of whether a plaintiff's claims fall within the scope of the agreement. Id. at 877–80; Brennan v. Opus Bank, 796 F.3d 1125, 1130 (9th Cir. 2015); Blanton v. Domino's Pizza Franchising LLC, 962 F.3d 842, 845–46 (6th Cir. 2020); see Simply Wireless, Inc v. T-Mobile US, Inc, 877 F.3d 522, 528 (4th Cir. 2017).

Here, the arbitration provisions in every type of T-Mobile contract incorporate the AAA Rules. See (Docs. #59-3 at 5, #59-9 at 35, #59-41 at 10). Therefore, the parties have "clearly and unmistakably" provided that the question of scope is delegated to the arbitrator. To determine whether arbitration is required for Plaintiffs with contracts dated post-breach or those no longer T-Mobile customers at the time of the breach, the Court would have to determine the scope of the contract. Since these issues pertain to the question of scope, they are delegated to arbitration.

### D. Whether opt-out provisions were illusory is a question delegated to arbitration for all Plaintiffs other than Oliver and Smith.

Thirteen Plaintiffs[7] argue the opt-out provisions in their contracts were illusory, leaving no meaningful opportunity to opt out, and thus no mutual assent. (Doc. #93 at 30–37). T-Mobile

---

[7] These 13 plaintiffs are Benjamin Atwell, Nicole Baez, Robin Dollson, Victor M. Flores, Frankie J. Gonzalez, Ann Hicks, Heather Hosfeld, E.H., Jeanine Koger, Jason Oliver, Christopher Smith, and Joseph Valdez.

contends that this argument presents a question of contract validity or enforceability, which has been delegated to the arbitrator. (Doc. #100 at 20–21).

Generally, an "allegation that a particular provision of the contract is illusory is properly considered a validity challenge rather than a formation challenge." Arnold v. Homeaway, Inc., 890 F.3d 546, 550–51 (5th Cir. 2018). When the existence of a contract is not challenged, questions regarding the opt-out provision relate to enforceability. Collett v. Ancestry.com DNA LLC, No. 19-CV-03743-RS, 2019 WL 13253477, at *3 (N.D. Cal. Dec. 19, 2019) (finding "whether plaintiffs successfully opted out of the contract is an issue of contract termination, not formation" when the plaintiff did not challenge that a valid contract was formed).

Yet, a party's failure to follow opt-out procedures can be a question of contract formation in some circumstances. See Cicle v. Chase Bank USA, 583 F.3d 549, 555 (8th Cir. 2009). Where a party moving to compel arbitration—who bears the burden of demonstrating an agreement to arbitrate was formed—points to an opposing party's failure to opt out as the sole evidence of assent, then the question is one of formation. See id. (holding the failure to opt out may constitute acceptance); see also Duling v. Mid Am. Credit Union, 530 P.3d 737, 747–48 (Kan. Ct. App. 2022); Pruett v. WESTconsin Credit Union, 998 N.W.2d 529, 546–48 (Wis. Ct. App. 2023). In that scenario, if an opt-out provision is illusory, meaning it is technically impossible to opt-out, then the failure to opt out is not a manifestation of assent because the offeree had no choice. Pruett, 409 Wis. 2d at 641–46 (holding no contract was formed when defendant argued the failure to opt out was evidence of assent but opting-out was impossible under the terms of the provision).

Based on the record and the arguments presented, of the 13 Plaintiffs who argue the opt-out provision is illusory, only Oliver and Smith raise questions as to contract formation. With respect to Atwell, Baez, Dollson, Flores, Gonzalez, Hicks, Hosfeld, E.H., Koger, Valdez, and B.

Williams, questions about the opt-out provision pertain to enforceability and are delegated to arbitration. Although these Plaintiffs characterize the issue as one of formation, they do not present the type of situation present in <u>Duling</u> and <u>Pruett</u>. In those cases, the plaintiffs were presented with updated terms, or contract modifications, and allegedly accepted by not opting out and continuing to use their accounts. <u>Duling</u>, 530 P.3d at 747–48; <u>Pruett</u>, 998 N.W.2d at 546–48. These 11 Plaintiffs were presented with terms that included an arbitration provision, and they each took affirmative action to agree to those terms by signing contracts.[8] The agreements were, therefore, formed not based on the failure to opt-out but other conduct, and questions about the opt-out provision are delegated to arbitration.

However, as set forth below, the Court finds that agreements were formed with Oliver and Smith, respectively, based on their receipt of terms and failure to opt-out. For Oliver and Smith, their situations are more akin to the unilateral contract modification in <u>Duling</u> and <u>Pruett</u> and are distinguishable from the other Plaintiffs. Thus, for Oliver and Smith, it is necessary to evaluate the opt-out provision to determine contract formation. The Court takes up the merits of the issue with respect to Oliver and Smith in conjunction with the other arguments they each raise below.

**E. Plaintiff Smith is not required to arbitrate his claims.**

T-Mobile produces two Service Agreements for Plaintiff Christopher Smith and argues Smith agreed to arbitrate all claims by performance. (Doc. #59 at 30–32). T-Mobile contends that Smith continued to use and pay for T-Mobile service after receiving notice of updated Terms and Conditions in 2021 that included binding arbitration. T-Mobile argues Smith received notice by email, SMS message, and on his billing statement and did not opt out, so he agreed to be bound by continuing to use his service thereafter.

---

[8] For Baez and E.H., the primary account holders took the affirmative action, but they are each bound based on the doctrine of equitable estoppel for the reasons explained in this Order.

Smith argues the two 2017 Service Agreements produced by T-Mobile attributed to him contain no signature in any form, and he never received notice of the updated 2021 Terms and Conditions. (Doc. #93 at 18–19). Smith argues T-Mobile has not produced sufficient evidence that they formed an agreement to arbitrate, so its motion should be denied.

The Service Agreements produced for Smith did not create an agreement to arbitrate. The Service Agreements contain blank signature lines. (Doc. #59-36 at 6, 8). In support of its motion, regarding Smith, T-Mobile focuses on its performance theory and argues only in its reply that the Service Agreements are evidence Smith activated two lines of service in 2017. T-Mobile provides a sworn affidavit attesting that Smith could not have activated his lines of service without signing the Service Agreements or accepting T-Mobile's Terms and Conditions. However, this is contradicted by the fact that the Service Agreements presented to the Court are unsigned. T-Mobile fails to demonstrate that notice of the Terms and Conditions was given to Smith in 2017 by some other means. T-Mobile, which bears the burden to prove the existence of a contract, has not demonstrated acceptance by Smith of the Service Agreements. See Lindsey Masonry Co. v. Murray & Sons Constr. Co., 390 P.3d 56, 61 (Kan. Ct. App. 2017) ("Contract formation requires an unconditional and positive acceptance.").

T-Mobile also contends that Smith accepted its 2021 Terms and Conditions by performance, because he received notice and did not opt out. Under Kansas law, where an offeree receives notice of updated terms and continues to use their account pursuant to those terms without opting out, the offeree's conduct may constitute acceptance. Duling, 530 P.3d at 748–49 ("Failure to opt-out of an arbitration program can, of course, constitute acceptance."); Coonrod & Walz Const. Co. v. Motel Enters., Inc., 535 P.2d 971, 979–80 (Kan. 1975) (holding "the terms of a written contract may be varied, modified, waived, annulled, or wholly set aside, by any

11

subsequently executed contract, whether such subsequently executed contract be in writing or in parol."). "[A]n offer with clearer and more specific terms provides a better basis from which we may find an outward expression of assent and thus a binding contract." Duling, 530 P.3d at 749.

Here, T-Mobile produced sworn testimony attesting that notification of the updated 2021 Terms and Conditions was sent to Smith by email, SMS message, and on billing statements. (Doc. #59-2 at 45). T-Mobile also produced a copy of the first electronic billing statement Smith received after the update, which states "Reminder: We updated our Terms & Conditions. Visit t-mo.co/terms14 for details." (Doc. #59-36 at 3). Smith admits that he receives paperless e-statements from T-Mobile, but he states that he has no recollection of receiving notice by any of the above methods and was therefore unaware of the updated terms. (Doc. #93-30 at 4). However, Smith's lack of recall is insufficient to refute T-Mobile's evidence that it gave proper notice.

Even though T-Mobile gave notice, if Smith was not given a meaningful opportunity to opt-out, then his failure to opt out does not qualify as acceptance. Duling, 530 P.3d at 747–49. When an opt-out provision is ambiguous, meaning it is not possible to tell what the opt-out deadline is, or it is not possible to comply with the opt-out deadline, then it is unreasonable to conclude the failure to opt out equals acceptance. Id. at 747–50.

The opt-out provision is illusory as to Smith. T-Mobile's 2021 Terms and Conditions allow individuals to opt out within 30 days from the date they first purchase a device or activate a new line of service, whichever is earliest. (Doc. #59-41 at 9).[9] The terms further require individuals to "opt out by the Opt Out Deadline for each line of Service." Id. Smith first activated two lines of service with T-Mobile in April 2005. (Docs. #59-2 at 45, #93-30 at 3). Smith argues although T-Mobile did not provide copies of the terms in place at that time, the 2004 Terms and Conditions

[9] T-Mobile's 2021 Terms and Conditions, which were in effect when Oliver made his November 2021 purchase, have the same opt-out provision.

(effective December 2004) are available online and were likely applicable.[10] Smith further argues that these terms did not contain an opt-out provision. T-Mobile does not dispute these arguments. Accordingly, Smith was required to opt out within 30 days of activating service in 2005, but opting out was not permitted at that time. Consequently, it was impossible to opt out by the deadline, and Smith's failure to opt out cannot constitute assent.

T-Mobile bears the burden to prove the existence of an agreement to arbitrate, and it did not meet that burden with respect to Smith. T-Mobile's motion is denied as to Smith, and he is not required to submit his claims to arbitration.

**F. There is a genuine dispute of material fact as to whether Plaintiff Oliver agreed to arbitrate.**

T-Mobile argues Plaintiff Jason Oliver signed a Service Agreement on March 19, 2024 (which is marked by an electronic/timestamp signature), and Oliver did not opt out within the 30-day deadline. (Doc. #100 at 23–24, 31–32). T-Mobile argues Oliver also agreed to arbitrate through two purchases of iPhones in November 2021 and February 2024. Id. at 31. Oliver argues that T-Mobile produced only one contract for him, it does not contain a signature, and he nonetheless opted out of arbitration. (Doc. #93 at 19).

**1. Oliver's 2021 and 2024 purchases did not create an agreement to arbitrate.**

In Illinois, a contract can be formed when an individual has notice of the terms and does not opt out. Sherrier v. Alliant Credit Union, 2022 IL App (1st) 211214-U, 2022 WL 4592630 at *8–9 (Ill. App. Ct. 2022) (finding a valid agreement to arbitrate may be formed when a plaintiff has notice and fails to opt out); Page v. Alliant Credit Union, No. 1:19-CV-5965, 2020 WL 2526488, at *2 (N.D. Ill. May 18, 2020) (same). Here, T-Mobile provides two receipts from

---

[10] https://www.t-mobile.com/responsibility/legal/terms-and-conditions-dec-2004

Case 4:23-md-03073-BCW   Document 113   Filed 02/09/26   Page 13 of 33
Appellate Case: 26-1430   Page: 113   Date Filed: 03/11/2026 Entry ID: 5617391   March 11 2026 113

purchases Oliver made prior to the 2024 Service Agreement, one in November 2021 from Sprint[11] and one in February 2024 from T-Mobile. (Docs. #100-4, #103-3).

The receipt provided for Oliver's 2021 purchase does not provide notice of arbitration, nor does it provide any notice that the purchaser is agreeing to Terms and Conditions. The only reference to the Terms and Conditions is a statement buried in fine print on the second of two pages: "Sprint may make changes to your services, policies, and the Ts&Cs and we will provide you notice per the Ts&Cs." (Doc. #100-3 at 8). Moreover, T-Mobile provides no evidence the sales associate informed Oliver of the terms or arbitration. Without notice, this purchase is insufficient to create an arbitration agreement. See Sherrier, 2022 WL 4592630 at *8–9.

The receipt provided for Oliver's February 2024 purchase provides notice of arbitration. On the first page of the February 2024 receipt, it states "T-Mobile REQUIRES ARBITRATION OF DISPUTES unless for new customers YOU OPT OUT WITHIN 30 DAYS OF ACTIVATION, or for existing customers YOU PREVIOUSLY OPTED OUT PURSUANT TO T-MOBILE'S TERMS AND CONDITIONS." (Doc. #103-3 at 3). The purchase receipt also provides notice of the arbitration clause by stating: "[i]f you activate or use T-Mobile service, or purchase a T-Mobile device, you agree to T-Mobile's Terms and Conditions and any terms specific to your rate plan." Id. The Terms and Conditions in place in February 2024 included an arbitration provision. (Doc. #59-41 at 8–11). Oliver also does not argue that T-Mobile failed to provide notice of the arbitration provision when he made his purchase in February 2024, and it is undisputed he did not opt out.

However, Oliver argues the opt-out provision in the Terms and Conditions is illusory, so there was no mutual assent. While courts in Illinois have not specifically addressed illusory opt-

---

[11] Sprint Corporation merged with T-Mobile in 2020. Press Release, T-Mobile, T-Mobile Completes Merger with Sprint to Create the New T-Mobile (Apr. 1, 2020), https://www.t-mobile.com/news/un-carrier/t-mobile-sprint-one-company.

out provisions in arbitration agreements, they have addressed the issue of illusory promises generally. "An illusory promise appears to be a promise, but on closer examination reveals that the promisor has not promised to do anything." Carter v. SSC Odin Operating Co., LLC, 976 N.E.2d 344, 351 (Ill. 2012); see also Mohamed v. Uber Techs., Inc., 836 F.3d 1102, 1111 (9th Cir. 2016) (applying the concept of illusory promises to an opt-out provision in an arbitration agreement). In essence, if the opt-out provision is structured in a way that does not actually allow a plaintiff to opt out, it is illusory. And where, as here, acceptance is premised on the failure to opt out, an illusory opt-out provision undermines acceptance.

The opt-out provision is illusory as to Oliver. T-Mobile's 2023 Terms and Conditions allow individuals to opt out within 30 days from the date they first purchase a device or activate a new line of service, whichever is earliest. (Doc. #59-41 at 9).[12] The terms further require individuals to "opt out by the Opt Out Deadline for each line of Service." Id. Oliver first became a T-Mobile customer in April 2002 by activating service with Sprint. (Docs. #59-2 at 40, #93-26 at 3). Oliver argues, and T-Mobile does not dispute, that the Sprint Terms and Conditions in place in 2002 did not include an opt-out provision. Oliver was, therefore, required to opt out within 30 days of activating service in 2002, but at that time he could not opt out because it was not permitted. Consequently, it was impossible to opt out by the deadline, and Oliver's failure to opt out cannot constitute assent. Therefore, his 2021 and 2024 purchases did not create an agreement to arbitrate.

**2. There is a genuine dispute as to whether Oliver agreed to arbitrate through a 2024 Service Agreement.**

The March 2024 Service Agreement attributed to Oliver incorporates by reference T-Mobile's Terms and Conditions, which include a binding arbitration clause, and the contract

---

[12] T-Mobile's 2021 Terms and Conditions, which were in effect when Oliver made his November 2021 purchase, have the same opt-out provision.

provides express notice in capitalized letters that arbitration is required unless the consumer opts out. (Doc. #59-31). Instead of a written signature, Oliver's contract contains an "acceptance timestamp" that purportedly shows the precise date and time he accepted the contract. Id.; (Doc. #59-2 at 40–41).

Whether Oliver agreed to arbitrate under the March 2024 Service Agreement is disputed. Courts in Illinois accept electronic signatures as binding only if accompanied by evidence establishing authenticity. Costello v. Urb. Air Adventure Park N. Riverside, 2025 IL App (1st) 250219-U (Ill. App. Ct. 2025). Here, the Service Agreement is supported by a sworn affidavit attesting to its authenticity generally. (Doc. #59-2 at 40–41). However, T-Mobile does not provide evidence specifically verifying the electronic signature as belonging to Oliver; for instance, T-Mobile provides no details as to how the signature is generated, whether it is accurate, or what actions Oliver took to "sign" the contract electronically. Oliver asserts under penalty of perjury that he cannot recall signing the document. (Doc. #93-26). As such, drawing all reasonable inferences in Oliver's favor, whether the acceptance timestamp is attributable to Oliver—and consequently, whether he agreed to arbitrate—is a disputed material fact.

Furthermore, Oliver argues he is not bound to arbitrate because he timely submitted an opt-out request for the 2024 Service Agreement. (Doc. #93-26 at 6). If the Court finds the 2024 Service Agreement formed an agreement to arbitrate, then whether the opt-out request Oliver submitted terminated that agreement is a question of enforceability that is delegated to the arbitrator. Collett, 2019 WL 13253477, at *3 (stating "whether plaintiffs successfully opted out of the contract is an issue of contract termination, not formation.").

Oliver also argues that any 2024 agreement was formed after the data breach occurred in 2022 and after this litigation was initiated in 2023, so he cannot be bound to arbitrate this case.

Yet, as explained above, this argument raises a question as to the scope of the arbitration agreement, which is delegated to the arbitrator.

**G. There is a genuine dispute of material fact as to whether Plaintiff Maxwell agreed to arbitrate.**

On November 27, 2023, Plaintiff Aaron Maxwell activated a new line of service and purchased a phone at a Walmart in Kansas City. (Docs. #93-23, #100 at 24). T-Mobile argues, in connection with that purchase, Maxwell signed two contracts, a service agreement and an EIP, as evidenced by electronic/timestamp signatures. (Doc. #100 at 23–24). Maxwell argues the contracts produced by T-Mobile do not show his signature, and he does not recall signing the contracts. (Docs. #93 at 19, #93-23).

The EIP attributed to Maxwell contains a binding arbitration provision. (Doc. #59-28). The Service Agreement attributed to Maxwell incorporates by reference T-Mobile's 2023 Terms and Conditions, which also contain an arbitration provision, and the contract provides express notice in capitalized letters that arbitration is required unless the consumer opts out. Id. at 3. It is undisputed that Maxwell did not opt out.

"[E]lectronic modes of acceptance are recognized as valid and binding by both Missouri and federal statute." Franklin v. Cracker Barrel Old Country Store, No. 4:17 CV 00289 JMB, 2017 WL 7691757, at *4 (E.D. Mo. Apr. 12, 2017). When an arbitration agreement contains an electronic signature, the party seeking to enforce arbitration must provide sufficient evidence to attribute the signature to the party opposing arbitration—"merely present[ing] an instrument with a purported signature" is not enough. See Theroff v. Dollar Tree Stores, Inc., 591 S.W.3d 432, 438 n.7, 439 (Mo. 2020), aff'd (Jan. 14, 2020).

Here, the evidence provided creates a genuine dispute as to whether the electronic signature is attributable to Maxwell. T-Mobile provides two contracts with electronic timestamps showing

a date and time that aligns with the date of Maxwell's purchase. However, T-Mobile does not provide details as to how the signature is generated, whether it is accurate, what actions Maxwell took to "sign" the contracts electronically, or the circumstances under which he allegedly signed the contract. Maxwell declares that he made his purchase at Walmart, he did not have an opportunity to review the arbitration provisions, the Walmart sales associate made no reference to T-Mobile's Terms of Service or an arbitration provision, and he was only aware of payment terms. (Doc. #93-23). Also, the EIP is counter-signed by Walmart (as the seller's signature), not T-Mobile. (Doc. #59-28 at 11). Based on the evidence presented, it is unclear whether Maxwell or the Walmart sales associate "performed that process by which acceptance is signified," meaning there is a genuine dispute as to whether Maxwell agreed to arbitrate. <u>Franklin</u>, No. 4:17 CV 00289 JMB at *4.

Maxwell also argues he is not bound to arbitrate because any agreement was executed after the 2022 data breach. (Doc. #93 at 19). However, as explained above, this argument questions the scope of the arbitration agreement, which is delegated to arbitration.

**H. Plaintiff Heinz is required to arbitrate his claims.**

T-Mobile argues Plaintiff Brian Heinz signed five EIPs between February and March 2021, which require him to arbitrate. (Doc. #100 at 31–32). T-Mobile argues the issue of whether Heinz opted out of his agreements is delegated to arbitration, but even if the Court considered the merits, Heniz's attempt to opt out in April 2023 was not timely. Heinz argues his April 2023 opt-out is valid because it was made in response to T-Mobile notifying him of significant updates to its Terms and Conditions, which qualified as a new contract offer. (Doc. #93 at 28–30).

Heinz is required to arbitrate his claims and the issue of his 2023 opt-out is delegated to arbitration. Heinz does not dispute that he signed the 2021 EIPs attributed to him by T-Mobile, he

did not opt out under the 2021 contracts, and in doing so, he agreed to arbitration. Thus, this is the end of the Court's analysis. Whether his opt-out two years later relieves him of his earlier agreement is a question delegated to arbitration since it concerns the scope of the agreement made in 2021 and/or whether the 2021 arbitration agreement can be terminated or modified by a later opt-out. Henry Schein, 586 U.S. at 68 (holding that when parties delegate threshold questions of arbitrability, "a court possesses no power to decide the arbitrability issue."); see also Fallo, 559 F.3d at 877. For these reasons, Heinz is required to arbitrate.

### I. Plaintiff Baez is required to arbitrate her claims.

Plaintiff Nicole Baez is not a primary account holder; she uses T-Mobile products and services purchased by her husband (not a party to this suit), who is a primary account holder and signed numerous EIPs and lease agreements with arbitration provisions. (Doc. #59 at 28). It is undisputed that Baez did not personally sign any contracts. Id.

T-Mobile argues Baez is bound to arbitrate under theories of estoppel and agency. (Doc. #59 at 28). T-Mobile contends that Baez derived direct and substantial benefits from the primary account holder's contracts—the use of her phone line and devices—and all her claims arise out of the services she received pursuant to those contracts. T-Mobile argues, therefore, it would be inequitable to permit Baez to receive the benefits without the obligations of the contract. T-Mobile also argues the primary account holder agreed to Sprint's Terms and Conditions on behalf of himself and any person he allowed to use the services, including Baez, so she is bound under a theory of agency.

Baez argues as a non-signatory to the contracts she cannot be compelled to arbitrate. (Doc. #93 at 21–24). Baez argues the direct estoppel theory allows enforcement of an arbitration agreement on a non-signatory only when they obtain direct benefits from the contract or seek to

enforce its terms. Baez argues her claims are not based on the contracts with T-Mobile but on T-Mobile's Privacy Notice, so she is not knowingly exploiting or seeking to benefit from the contracts.

"Under the direct benefits theory of estoppel, a nonsignatory may be compelled to arbitrate where the nonsignatory 'knowingly exploits' the benefits of an agreement containing an arbitration clause, and receives benefits flowing directly from the agreement." Belzberg v. Verus Invs. Holdings Inc., 999 N.E.2d 1130, 1134 (NY. Ct. App. 2013); MAG Portfolio Consult, GMBH v. Merlin Biomed Grp. LLC, 268 F.3d 58, 61 (2d Cir. 2001). "Where the benefits are merely 'indirect,' a nonsignatory cannot be compelled to arbitrate a claim. A benefit is indirect where the nonsignatory exploits the contractual relation of the parties, but not the agreement itself." Belzberg, 999 N.E.2d at 1134. "[I]t can be difficult to distinguish between direct and indirect benefits. The guiding principle is whether the benefit gained by the nonsignatory is one that can be traced directly to the agreement containing the arbitration clause." Id. at 1136.

Baez is required to arbitrate her claims under the direct benefits theory of estoppel. Baez does not contest that she received benefits from the contracts held by the primary account holder: the use of T-Mobile products and services. The benefits Baez received "can be traced directly to the agreement[s] containing the arbitration clause," so they are direct benefits and estoppel applies. Belzberg, 999 N.E.2d at 1136; Bennett v. T-Mobile USA, Inc., No. 2:22-CV-01805-LK, 2024 WL 229580, at *6–7 (W.D. Wash. Jan. 22, 2024) (applying New York law and finding that a non-signatory was required to arbitrate claims against T-Mobile because she received a direct benefit, "i.e., the use of her phone line and device"); Middleton v. T-Mobile US, Inc., No. 20CV3276NGGJRC, 2022 WL 16828226, at *9 (E.D.N.Y. Aug. 24, 2022) (finding a non-signatory received a direct benefit where it "benefitted from the agreement by making use of T-

Mobile's services to conduct its business."). Therefore, Baez is required to arbitrate her claims, and the Court need not address T-Mobile's agency argument or Baez's argument about an alternative theory of direct benefits estoppel.[13]

### J. Plaintiff E.H. is required to arbitrate their claims.

Plaintiff E.H. is not a primary account holder, and it is undisputed that E.H. did not sign any contracts. (Doc. #59 at 28–30). E.H. is the minor child of Plaintiff Heather Hosfeld and uses T-Mobile products and services purchased by Hosfeld, who is a primary account holder and signed numerous EIPs and purchase contracts with arbitration provisions. (Doc. #59–23).

T-Mobile argues E.H. is bound to arbitrate under a theory of estoppel. (Doc. #59 at 28–30). T-Mobile argues children can be bound by arbitration agreements signed by their parents. T-Mobile argues E.H. benefitted directly from the contracts by using T-Mobile's products and services, and all of E.H.'s claims arise out of the services they received pursuant to those contracts.

E.H. argues they cannot be bound by the arbitration agreements contained in the contracts signed by their mother because E.H. does not seek to enforce those contracts and their claims are not premised on the contracts. (Doc. #93 at 21–24). E.H. argues, as a result, they are not seeking direct benefits from the contract.

In Florida, arbitration agreements are enforceable against minors, and parents have authority to agree to arbitrate claims on their children's behalf. <u>Glob. Travel Mktg., Inc. v. Shea</u>, 908 So. 2d 392, 405 (Fla. 2005). Also, under Florida law, equitable estoppel can bind a non-signatory to an arbitration contract either (1) when a non-signatory to a contract "has directly

---

[13] The alternative theory states that a party is bound by an arbitration agreement "by seeking to enforce the terms of that contract or asserting claims that must be determined by reference to that contract." <u>See</u> <u>NCMIC Ins. Co. v. Allied Pros. Ins. Co.</u>, 110 F.4th 1072, 1074 (8th Cir. 2024); <u>Thomson-CSF, S.A. v. Am. Arb. Ass'n</u>, 64 F.3d 773, 779 (2d Cir. 1995). While the Court need not reach this argument, it should be noted that Baez is a non-signatory to the contracts at issue, so the alternative theory is inapplicable for her. <u>Thomson-CSF</u>, 64 F.3d at 779 (holding that the alternative theory of direct benefits estoppel applies only to *signatories* seeking to avoid arbitration).

21

benefitted from the contract" or (2) "if a nonsignatory sues a signatory to a contract for breach of contract." Paquin v. Campbell, 378 So. 3d 686, 690 (Fla. Dist. Ct. App. 2024). Because the Court finds the former is applicable, it need not analyze whether the latter applies.

E.H. directly benefited from the contracts signed by their parent. "Direct benefits are benefits flowing directly from the agreement," while "indirect benefits from a contract, which are insufficient to compel a nonsignatory to arbitrate, are those where the nonsignatory exploits the contractual relationship of parties to an agreement, but does not exploit (and thereby assume) the agreement itself." Id. (citing Taylor Grp., Inc. v. Indus. Distribs. Int'l Co., 859 F. App'x 439, 447 (11th Cir. 2021)) (internal quotation marks omitted). Here, E.H. received the benefits of using T-Mobile products and services, which was made possible only by virtue of the contracts and as a direct result of the execution of those contracts. These benefits are benefits "flowing directly from the agreement." Paquin, 378 So. 3d at 690; see also Bennett, 2024 WL 229580 at *6–7. Consequently, E.H. is bound to arbitrate.

### K. The 10 Plaintiffs who previously invoked the arbitration provisions in their contracts with respect to a different, unrelated data breach are required to arbitrate.

T-Mobile argues that 10 Plaintiffs[14] who previously retained counsel and invoked the arbitration agreements in their contracts cannot now dispute that they agreed to arbitrate. (Doc. #100 at 19). In support, T-Mobile provides the letters these Plaintiffs purportedly sent demanding compensation from T-Mobile in connection with the 2021 data breach. (Doc. #103-2).

The 10 Plaintiffs admit that they retained counsel in connection with the 2021 incident, and their counsel—not them—sent letters as part of a mass arbitration demand; but they argue this

---

[14] These 10 plaintiffs are Benjamin Atwell, Karisha Davis, Frankie J. Gonzalez, Brian Heinz, Jesus Hernandez, Heather Hosfeld, Jiho Kim, Michael Magbleta, Leroy Mellers, and Joseph Valdez. T-Mobile also named an eleventh plaintiff, Helene Pry, who is no longer a party to this case.

does not render their arguments against arbitration meritless. (Doc. #108 at 7–9). Plaintiffs argue their former counsels' letters did not ratify their contracts because it is disputed whether Plaintiffs personally had full knowledge of the arbitration provision. Plaintiffs further argue that T-Mobile relies on cases that do not support its argument, and any actions taken with respect to the 2021 data breach do not establish an agreement to arbitrate claims over the 2022 data breach.

For the reasons explained above, the issue of scope is delegated to arbitration; this includes questions about which security/data breach incidents are covered by the contracts.

Plaintiffs' argument that their former counsels' conduct does not attribute knowledge of arbitration to them is ineffective. It is undisputed that Plaintiffs hired the lawyers who sent the demand letters, and when those letters were sent, the lawyers were acting on Plaintiffs' behalf.[15] Where a party voluntarily chooses an attorney as their representative in an action, the party cannot later "avoid the consequences of the acts or omissions of this freely selected agent." Link v. Wabash R. Co., 370 U.S. 626, 633–34 (1962). In 2021, counsel invoked the arbitration agreements contained in these Plaintiffs' contracts, evidencing their knowledge of the arbitration provisions, and this knowledge is attributable to Plaintiffs. Id. at 634 (citing Smith v. Ayer, 101 U.S. 320, 326, (1879)) (holding that a "party is deemed bound by the acts of his lawyer-agent and is considered to have 'notice of all facts, notice of which can be charged upon the attorney.'").

Because a lawyer is the agent of his client, these Plaintiffs are bound by their counsels' actions and their consequences; specifically, that Plaintiffs cannot now avoid the arbitration agreements they previously invoked. Armetta v. Corvo, No. X04HHDCV136046616S, 2015 WL 5315247, at *3 (Conn. Super. Ct. Aug. 11, 2015) ("Where a non-signatory has invoked . . . a contract with an arbitration clause, traditional principles of law and equity bind the non-signatory

---

[15] None of these Plaintiffs argue their former counsel was acting outside their authority or in any unauthorized manner when they sent the demand letters.

to that contract's arbitration provisions as well."); <u>see</u> <u>Thomson Oil Royalty, LLC v. Graham</u>, 351 S.W.3d 162, 166 (Tex. App. 2011) ("Ratification occurs when a party recognizes the validity of a contract by acting under it, performing under it, or affirmatively acknowledging it. . . . Once a party ratifies a contract, it may not later withdraw its ratification and seek to avoid the contract."). Plaintiffs who previously invoked arbitration are required to arbitrate, except Hernandez for the reasons described below.

### L. Plaintiff Hernandez falls within the active-duty military exception of the arbitration agreement and is not required to arbitrate.

T-Mobile argues that because Hernandez attempted to invoke the arbitration provision in connection with the 2021 data breach, he is precluded from now arguing that he is not bound to arbitrate. (Doc. #100 at 22–23). T-Mobile also argues that even if the Court considers the merits of Hernandez's challenge, he cannot prevail because he is bound under principles of equitable estoppel and agency by a fifth contract that does not include the military service exception.

Plaintiff Jesus Hernandez acknowledges signing at least one contract with T-Mobile but argues he qualifies for an exception to arbitration because he was serving as an active-duty service member, or an active Guard or Reserve duty member, of the United States Army when the agreements were signed. (Doc. #93 at 16). Hernandez also contends that a 2022 letter sent by his former attorney invoking the arbitration clause does not defeat this exception. (Doc. #108 at 12).

The primary account holder on Hernandez's T-Mobile account is Priscilla Urban (not named as a plaintiff in this action). (Doc. #59). Ms. Urban signed one RCA with T-Mobile and four EIPs, one of which Hernandez also signed. (Docs. #59-20). The EIPs contain a "covered buyer exception" that exempts active duty service members or active Guard or Reserve duty members from arbitration. (Doc. #59-20 at 5, 6). The RCA does not directly contain the same exception.

The parties do not dispute that at the time of signing, Hernandez was an active duty service member or an active Guard or Reserve duty member in the United States Army.

Hernandez is exempt from arbitration under the covered buyer exception. T-Mobile contends that Hernandez is bound by the RCA because it applies to anyone who uses Ms. Urban's T-Mobile services—and the RCA does not have a covered buyer exception. Yet, assuming the RCA applies to Hernandez, the RCA nonetheless incorporates the Terms and Conditions, which incorporate the covered buyer exception. "Documents and terms incorporated into a contract by reference become part of the contract." Frost Bank v. Kelley, 702 S.W.3d 817, 825 (Tex. App. 2024) (internal quotation marks omitted). The RCA states that the "'Agreement' with T-Mobile includes . . . T-Mobile's 'Terms and Conditions,'" thereby incorporating the terms by reference. (Doc. #59-20 at 39). In turn, the 2023 Terms and Conditions, which do not contain a covered buyer exception directly, state the following: "You might also have other agreements with us, such as an equipment installment plan or financing agreement. The terms of these other agreements are also included in your Agreement with us." (Doc. #59-41 at 6). Therefore, the 2023 Terms and Conditions incorporate the terms of the EIP and its covered buyer exception. Regardless of whether Hernandez is bound by the EIP or the RCA, the covered buyer exception applies.

Hernandez is not required to arbitrate based on his prior invocation of the arbitration provision. When the terms of a contract "are plain, definite, and unambiguous, . . . , the court cannot vary these terms." In re Davenport, 522 S.W.3d 452, 457–58 (Tex. 2017); Royal Indem. Co. v. Marshall, 388 S.W.2d 176, 181 (Tex. 1965). Here, the covered buyer exception in the EIPs is plain, definite, and unambiguous, exempting active duty service members from arbitration without exception. The covered buyer exception does not state that invoking arbitration will exclude an individual from the exemption, and the Court cannot add such language. Davenport,

522 S.W.3d at 457 ("Courts may not rewrite the parties' contract, nor should courts add to its language."). And T-Mobile does not argue that the prior invocation created a new agreement between the parties, nor is the Court aware of any legal basis that allows such a conclusion. <u>Id.</u> (holding that a court "cannot make new contracts between the parties and must enforce the contract as written."). To compel arbitration, T-Mobile must show an agreement to arbitrate exists. <u>Ballou</u>, 46 F.4th at 851. As to Hernandez, T-Mobile has not met its burden.

**M. There is a genuine dispute of material fact as to whether the 24 Plaintiffs who signed contracts online or in-store received adequate notice of the arbitration clause.**

Twenty-four Plaintiffs[16] argue a genuine issue of material fact exists as to whether they received adequate notice of the arbitration clause, and thus assented, when they made purchases from T-Mobile online, by phone, or in store. (Doc. #93 at 37–40). Plaintiffs argue no notice was given about arbitration before they made their purchases, and they each swear in declarations that they do not recall having an opportunity to review the terms of the contract before signing.

T-Mobile argues the objective intentions of the parties, which is demonstrated by signing the contracts, controls contract formation and rebuts Plaintiffs' arguments. (Doc. #100 at 10–13). T-Mobile argues the Court's analysis should stop there. T-Mobile also argues notice of the arbitration agreements is in bold and/or capitalized letters, and failure to read a signed contract is not a defense.

Contrary to T-Mobile's contentions, notice is an issue of contract formation as it relates directly to mutual assent, an essential element required to form a contract. <u>Oberstein v. Live Nation Ent., Inc.</u>, 60 F.4th 505, 512–13 (9th Cir. 2023) ("To form a contract under California or

---

[16] These 24 plaintiffs are Benjamin Atwell, Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Karisha Davis, Robin Dollson, Leonardo Figueroa, Andres Gomez, Frankie J. Gonzalez, Brian Heinz, Larry Hickland, Ann Hicks, Heather Hosfeld, Jiho Kim, Jeanine Koger, Charles Layman, Michael Magbleta, Leroy Mellers, Demetrius L. Morrison, Dr. Alison Owen, Alexandria Rehman, Joseph Valdez, and Tera Williams.

26

Massachusetts law, there must be actual or constructive notice of the agreement and the parties must manifest mutual assent.").

Failure to read the terms of a contract is generally not a defense. Chochorowski v. Home Depot U.S.A., 404 S.W.3d 220, 228 (Mo. 2013).[17] Yet, there are exceptions to this rule. Id. Plaintiffs invoke one of those exceptions and argue T-Mobile thwarted Plaintiffs' attempts to read the contract, which, if true, means there was no mutual assent because Plaintiffs lacked notice of the terms. Plaintiffs support their arguments with sworn declarations in which they attest that they do not recall having the opportunity to review their contracts before signing. See, e.g., (Doc. #93-3 at 3 (Atwell), #93-5 at 3 (Burka), #93-6 at 3 (Cameron), #93-7 at 3 (Cascio)).

Plaintiffs who signed contracts fall into two categories: (1) plaintiffs who signed contracts online,[18] and (2) plaintiffs who signed contracts in-store. For the online purchasers, they were presented with contracts akin to clickwrap agreements. A clickwrap agreement is an online agreement created by having users click an "I agree" button or something similar before they can continue. Foster v. Walmart, Inc., 15 F.4th 860, 863 (8th Cir. 2021). "[C]ourts rarely find problems with clickwrap agreements" because they require affirmative action by the user, but this does not obfuscate the requirement that there be adequate notice of the terms in order for the affirmative action to constitute assent. See Meyer v. Uber Techs., Inc., 868 F.3d 66, 75–76 (2d Cir. 2017) (discussing mutual assent in web-based agreements and noting that "[i]nsofar as it turns on the reasonableness of notice, the enforceability of a web-based agreement is clearly a fact-intensive inquiry."); Wilson v. Huuuge, Inc., 944 F.3d 1212, 1219 (9th Cir. 2019) ("In the context of online

---

[17] Yakima Cnty. (W. Valley) Fire Prot. Dist. No. 12 v. City of Yakima, 858 P.2d 245, 255 (Wash. 1993); Sofio v. Hughes, 162 A.D.2d 518, 519 (N.Y. App. 1990) (collecting cases); Burwell v. S.C. Nat. Bank, 340 S.E.2d 786, 789 (S.C. 1986); Black v. Wabash, St. L. & P. Ry. Co., 111 Ill. 351, 358 (Ill. 1884); Novare Grp., Inc. v. Sarif, 290 Ga. 186, 188–89 (Ga. 2011); Brown v. Wells Fargo Bank, N.A., 168 Cal. App. 4th 938, 959 (Cal. App. 2008); Berman v. Gurwicz, 429 A.2d 1084, 1087 (N.J. Ch. 1981); All Fla. Sur. Co. v. Coker, 88 So. 2d 508, 510–11 (Fla. 1956).

[18] Plaintiffs who made a purchase over the phone (Atwell, Gonzalez, Valdez) were directed to complete the purchase through the online signature process and therefore fall into that category for the Court's analysis.

agreements, the existence of mutual assent turns on whether the consumer had reasonable notice of the terms of service agreement."); <u>Good v. Uber Techs., Inc.</u>, 234 N.E.3d 262, 277 (Ma. 2024) (discussing sufficiency of notice in online agreements).

Plaintiffs who made online purchases[19] argue T-Mobile's online signature program auto-scrolls down to the signature section or automatically appears at the signature section, instead of at the top of the agreement. These Plaintiffs also assert that the program provides a short time for review before timing out and cancelling the purchase, which rushed them to sign. T-Mobile does not provide evidence of the screen that users are shown when signing online agreements, nor does T-Mobile contend that there is notice of the arbitration agreement at the signature section in the online program. Based on the current record, it is unclear exactly how online purchasers are presented with terms and asked to accept them. Although these Plaintiffs affirmatively "clicked" to accept the terms, they may not have been given a reasonable opportunity to review the terms and, consequently, lacked notice of the arbitration clause. Under these circumstances, and drawing all reasonable inferences in Plaintiffs' favor, there is a genuine dispute as to whether Plaintiffs who signed online agreements were given adequate notice. <u>See</u> <u>Foster</u>, 15 F.4th at 864 (requiring a trial on the issue of arbitration where the record lacked sufficient information about the presentation of terms and overall user experience); <u>see also</u> <u>Duncan v. Int'l Markets Live, Inc.</u>, 20 F.4th 400, 402–03 (8th Cir. 2021).

For Plaintiffs who made in-store purchasers and interacted with T-Mobile representatives, the analysis is similar. Signing a contract is objective manifestation of assent, which is binding unless the signer was "deprived of the opportunity to review the contract." <u>Bergstrom v. Sambo's Restaurants, Inc.</u>, 687 F.2d 1250, 1256 (8th Cir. 1982); <u>Yakima</u>, 858 P.2d at 255. The Court views

---

[19] Plaintiffs who signed online agreements are Atwell, Burka, Cameron, Dollson, Gomez, Gonzalez, Heinz, Hickland, Hosfeld, Kim, Layman, Owen, and Valdez.

Plaintiffs' signatures in light of the circumstances that existed at the time they signed the contracts. Here, Plaintiffs allege not only that they do not remember viewing the terms but that conduct by T-Mobile representatives prevented them from viewing the terms.

Plaintiffs who made in-store purchases[20] state that they either were not shown any terms at all, were handed a tablet with an agreement pre-scrolled to the bottom for their signature, or observed a store associate quickly scroll on a computer monitor without offering them an opportunity to view the terms. Plaintiffs state that T-Mobile representatives discussed only the payment terms and contract duration before handing over a tablet for Plaintiffs to sign. Plaintiffs also state that they were instructed to sign without being told of the arbitration provision—and for at least one plaintiff, on a black pad detached from the device displaying the agreement.

T-Mobile argues that for some of the in-store Plaintiffs' contracts, the signature line was only inches below the arbitration provision (which is how the contracts appear as exhibits), so they certainly had notice. (Doc. #100-1). However, T-Mobile does not assert that this close proximity existed *on the tablets given to Plaintiffs*, nor does this clarify the circumstances surrounding Plaintiffs' actual signatures. T-Mobile does not provide any evidence of the screen or DocuSign program that users are shown when signing contracts in a T-Mobile store. Meanwhile, Plaintiffs cite metadata turned over by T-Mobile that shows the in-store signature process was short and quick (lasting less than 10 seconds in some instances and up to 63 seconds in one instance). (Doc. #93 at 42–43). Given the short duration of the signature process, the lack of evidence of how the agreements were presented, and Plaintiffs' description of the process, there is a genuine dispute as to whether Plaintiffs had notice of the arbitration provision before signing their contracts in-store.

---

[20] Plaintiffs who signed agreements in-person are Atwell, Burka, Cascio, Cook, Davis, Dollson, Figueroa, Gomez, Gonzalez, Heinz, Hickland, Hicks, Koger, Layman, Magbaleta, Mellers, Morrison, Owen, Rehman, Valdez, and T. Williams.

Case 4:23-md-03073-BCW   Document 113   Filed 02/09/26   Page 29 of 33
Appellate Case: 26-1430   Page: 129   Date Filed: 03/11/2026 Entry ID: 5617391   March 11 2026 129

## CONCLUSION

Under the FAA, when "the Court has found at least one genuine issue of fact regarding the making of a valid arbitration agreement between the [p]arties, this matter must proceed summarily to trial on the issue of contract formation." Margulis v. HomeAdvisor, Inc., No. 4:19-CV-00226-SRC, 2020 WL 512402, at *3 (E.D. Mo. Jan. 31, 2020); 9 U.S.C. § 4. Unless the party opposing arbitration demands a trial by jury, "the court shall hear and determine such issue." 9 U.S.C. § 4. A general jury demand in the complaint is inadequate; the party must specifically demand a jury trial on the issue of arbitration, and the party must do so by the date set by the district court for any opposition to the request to compel arbitration. Burch v. P.J. Cheese, Inc., 861 F.3d 1338, 1349–50 (11th Cir. 2017); WCW, Inc. v. Atlantis Indus., Inc., 698 F. Supp. 3d 708, 733–34 (D. Vt. 2023) (collecting cases). Here, Plaintiffs oppose arbitration, and Plaintiffs did not demand a jury trial on the issue of contract formation. Therefore, the Court will hold a bench trial and make the necessary findings of fact.

The Court has found genuine issues of fact for the following Plaintiffs. For Aaron Maxwell and Jason Oliver, the issue is whether the electronic signatures that T-Mobile alleges belong to them are in fact attributable to them. For Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Robin Dollson, Leonardo Figueroa, Andres Gomez, Larry Hickland, Ann Hicks, Jeanine Koger, Charles Layman, Demetrius Morrison, Alison Owen, Alexandria Rehman, and Tera Williams, the issue is whether they received notice of the arbitration provision. More specifically, the Court must determine whether they failed to read their contracts *or* were deprived of the opportunity to read their contracts by T-Mobile.

30

Plaintiffs Jesus Hernandez and Christopher Smith are not required to arbitrate their claims, but all proceedings with respect to the merits of their claims are stayed until the Court resolves the arbitration issue for all Plaintiffs.

For the remaining Plaintiffs, an agreement to arbitrate exists, so they are required to arbitrate their claims. This includes Plaintiffs who previously invoked their arbitration agreements but for whom notice is disputed: Benjamin Atwell, Karisha Davis, Frankie Gonzalez, Brian Heinz, Heather Hosfeld, Jiho Kim, Michael Magbaleta, Leroy Mellers, and Joseph Valdez. To the extent it was disputed whether they received notice of the arbitration provision, this issue was dispelled when they sent demand letters confirming their knowledge of the arbitration requirement. For Nicole Baez and E.H., they are required to arbitrate under the doctrine of direct benefits equitable estoppel. Lastly, Jennifer Adelman, Victor Flores, Matthew Gunther, Jeremy Robbins, and Brendan Williams raised arguments that are covered by the delegation clause. All proceedings related to these Plaintiffs' claims are stayed pending the outcome of arbitration. 9 U.S.C. § 3 (stating that if an issue is referable to arbitration, the court "shall . . . stay the trial of the action until such arbitration has been had.").

The parties may seek targeted discovery on the disputed issues of whether certain Plaintiffs entered into valid arbitration agreements with T-Mobile. The parties may not address merits issues. The parties are ordered to meet and confer to develop a proposed discovery plan as it relates to trial on the issue of arbitration. This meeting shall take place no later than **March 3, 2026**. Discovery shall commence immediately after this conference is held. The parties shall file a joint proposed scheduling order/discovery plan **on or before March 17, 2026**. Plaintiffs' counsel shall take the lead in preparing the proposed plan.

This case is set for a pretrial scheduling teleconference on **March 31, 2026, at 9:00 a.m.** The parties are asked to call the Court's conference line at 1-855-244-8681; Access code: 2317 147 1357. The Courtroom Deputy, Tracy Diefenbach, will arrange participation. Counsel who appears for each party must have authority to agree upon the proposals submitted in the joint proposed scheduling order/discovery plan. Additionally, on the call, the Court will take questions from the parties about this Order, should they have any.

After limited discovery is exchanged, and before trial, T-Mobile may wish to submit a renewed motion to compel arbitration. If T-Mobile chooses to do so, the renewed motion shall conform to the requirements of Fed. R. Civ. P. 56 and Local Rule 56.1 related to motions for summary judgment.

While courts take various approaches in proceeding to trial on the issue of arbitration, the procedures employed here are largely consistent with that of other courts in this circuit. See, e.g., Margulis, 2020 WL 512402, at *3–4; Bride v. Goodleap, LLC, No. 4:24-CV-00054-RK, 2024 WL 3972994, at *7 (W.D. Mo. Aug. 28, 2024); Barclay v. ICON Health & Fitness, Inc., No. 19-CV-2970 (ECT/DTS), 2020 WL 6083704, at *12–15 (D. Minn. Oct. 15, 2020).

Furthermore, the parties are directed to keep in mind that the FAA "call[s] for an expeditious and summary hearing, with only restricted inquiry into factual issues." Moses H. Cone Mem'l Hosp. v. Mercury Constr. Corp., 460 U.S. 1, 22 (1983). The limited discovery and summary trial is meant to quickly and efficiently dispense with the contract formation issue. See id.; Howard v. Ferrellgas Partners, L.P., 748 F.3d 975, 978 (10th Cir. 2014). Accordingly, it is hereby

ORDERED T-Mobile's motion to compel arbitration (Doc. #58) is GRANTED IN PART AND DENIED IN PART.

1. T-Mobile's motion to compel arbitration is GRANTED as to Plaintiffs Jennifer Adelman, Benjamin Atwell, Nicole Baez, Karisha Davis, Victor Flores, Frankie Gonzalez, Matthew Gunther, Brian Heinz, Heather Hosfeld, E.H., Jiho Kim, Michael Magbaleta, Leroy Mellers, Jeremy Robbins, Joseph Valdez, and Brendan Williams. Proceedings pertaining to those Plaintiffs are STAYED pending the completion of arbitration.

2. T-Mobile's motion to compel arbitration is DENIED WITHOUT PREJUDICE as to Plaintiffs Joseph Burka, Linda Cameron, Jerome Cascio, Tammye Cook, Robin Dollson, Leonardo Figueroa, Andres Gomez, Larry Hickland, Ann Hicks, Jeanine Koger, Charles Layman, Aaron Maxwell, Demetrius Morrison, Jason Oliver, Alison Owen, Alexandria Rehman, and Tera Williams. The Court will proceed summarily to trial to resolve the genuine issues of fact that are disputed with respect to these Plaintiffs.

3. T-Mobile's motion to compel arbitration is DENIED as to Plaintiffs Jesus Hernandez and Christopher Smith. Proceedings pertaining to the merits of Hernandez's and Smith's claims are STAYED pending resolution of the arbitration issue for all Plaintiffs.

IT IS SO ORDERED.

Dated: February 9, 2026

/s/ Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: T-MOBILE 2022 CUSTOMER DATA SECURITY BREACH LITIGATION | ) MDL No. 3073 |
| | ) |
| | ) Master Case No. 4:23-MD-03073-BCW |
| | ) |
| ALL ACTIONS | ) **JUDGE BRIAN C. WIMES** |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively "T-Mobile") appeal pursuant to 9 U.S.C. § 16 to the United States Court of Appeals for the Eighth Circuit from the District Court's denial of T-Mobile's Motion to Compel Arbitration as to Plaintiffs Jesus Hernandez and Christopher Smith in its February 9, 2026 Order (Doc. #113).

Respectfully submitted this 10th day of March, 2026.

*/s/ Kristine McAlister Brown*
Kristine McAlister Brown (*Pro Hac Vice*)
Donald M. Houser (*Pro Hac Vice*)
**Alston & Bird LLP**
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309
Tel: 404-881-7584
kristy.brown@alston.com
donald.houser@alston.com

*/s/ Michael W. Seitz*
Michael W. Seitz
**Spencer Fane LLP-KCMO**
1000 Walnut Street
Suite 1400
Kansas City, MO 64106-2140
Tel: 816-292-8277
Fax: 816-474-3216
mseitz@spencerfane.com

***Counsel for Defendants***

1

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this document through the Court's CM/ECF system on March 10, 2026, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Kristine McAlister Brown
Kristine McAlister Brown

2

# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

---

Case Caption: T-Mobile 2022 Customer Data Security Breach Litigation

Case No.   4:23-md-03073-BCW

---

Appellant: **T-Mobile US, Inc. and T-Mobile USA, Inc. (collectively "T-Mobile")**

Appellee:  **Jesus Hernandez and Christopher Smith**

Appellant's Attorney(s):

Appellee's Attorney(s):

**Kristine McAlister Brown**
Email: kristy.brown@alston.com

**Donald Houser**
Email: donald.houser@alston.com

**Michael W Seitz**
Email: mseitz@spencerfane.com

**Alexis Wood**
Email: alexis@consumersadvocates.com

**Amanda Grace Fiorilla**
Email: afiorilla@lowey.com

**Anthony M Christina**
Email: achristina@lowey.com

**Christian Levis**
Email: clevis@lowey.com

**Ian Wise Sloss**
Email: isloss@sgtlaw.com

**Kas Gallucci**
Email: kas@consumersadvocates.com

**Margaret C. MacLean**
Email: mmaclean@lowey.com

**Ron Marron**
Email: ron@consumersadvocates.com

**Norman Eli Siegel**
Email: siegel@stuevesiegel.com

Court Reporter(s):

Denise Halasey

Please return files and documents to:
**United States District Court**
**400 East 9th Street, Room 1510**
**Kansas City, MO   64106**

Contact Person for Appeal:
Jason_Terry@mow.uscourts.gov

| Length of Trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| N/A | Paid | No | No |

| Counsel: | Pending Motions? | Local Interest? | Simultaneous Release? |
|---|---|---|---|
| Retained | No | No | No |

**Special Comments:**