No. 26-1430

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

JESUS HERNANDEZ, ET AL.

Plaintiff-Appellees,

v.

T-MOBILE US, INC., ET AL.

Defendant-Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

CASE NO. 4:23-MD-03073-BCW
Honorable Brian C. Wimes

## DEFENDANT-APPELLANTS' STATEMENT OF ISSUES

ALSTON & BIRD LLP
Kristine M. Brown
Donald M. Houser
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7584
kristy.brown@alston.com
donald.houser@alston.com

SPENCER FANE LLP
Michael W. Seitz
1000 Walnut Street, Suite 1400
Kansas City, MO 64106-2140
Tel.: (816) 292 8277
mseitz@spencerfane.com

*Counsel for Defendant-Appellants T-Mobile USA, Inc. and T-Mobile US, Inc.*

Defendant-Appellants T-Mobile USA, Inc. and T-Mobile US, Inc. (collectively, "T-Mobile") hereby states the following issues T-Mobile intends to present on appeal:

1. Whether the district court erred in denying T-Mobile's motion to compel arbitration as to Plaintiff Jesus Hernandez

2. Whether the district court erred in denying T-Mobile's motion to compel arbitration as to Plaintiff Christopher Smith

Dated: March 25, 2026

Respectfully Submitted,

*/s/ Donald M. Houser*
Donald M. Houser
Kristine M. Brown
**ALSTON & BIRD LLP**
1201 W. Peachtree Street
Atlanta, GA 30309
Tel: (404) 881-7584
donald.houser@alston.com
kristy.brown@alston.com

Michael W. Seitz
**Spencer Fane LLP-KCMO**
1000 Walnut Street
Suite 1400
Kansas City, MO 64106-2140
Tel: (816) 292-8277
mseitz@spencerfane.com

*Counsel for Appellants T-Mobile USA, Inc. and T-Mobile US, Inc.*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 25, 2026, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further certify that I served the foregoing document on March 25, 2026, via next-day delivery and email, on the following counsel for Plaintiff-Appellees:

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Rd., Ste. 200
Kansas City, MO 64112
Tel: (816) 714-7100
siegel@stuevesiegel.com

Cari Campen Laufenberg
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Ste. 3400
Seattle, WA 98101
Tel: (206) 623-1900
claufenberg@kellerrohrback.com

James J. Pizzirusso
**HAUSFELD LLP**
1200 17th St NW, Ste 600
Washington, DC 20036
Tel: (202) 540-7154
jpizzirusso@hausfeld.com

James E. Cecchi
**CARELLA BYRNE CECCHI
OLSTEIN BRODY & AGNELLO**
5 Becker Farm Road
Roseland, NJ 07068
Tel: (973) 994 1700
jcecchi@carellabyrne.com

3

DATED: March 25, 2026

*/s/Donald M. Houser*
Donald M. Houser

*Counsel for Appellants T-Mobile
USA, Inc. and T-Mobile US, Inc.*

4